AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| MARIA LOWRIE, Individually, and as Successor in Interest to ERNIE SERRANO, <br><br> *Plaintiff(s)* <br> v. <br> COUNTY OF RIVERSIDE, a legal subdivision of the State of California; DOE DEPUTIES 1-10, individually; STATER BROS. MARKETS, a California Corporation; DOE SECURITY COMPANY, an entity, and DOES 11-15, inclusive <br> *Defendant(s)* | Civil Action No.  5:20-cv-02651-JWH-KK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   County of Riverside & Doe Deputies 1-10          Stater Bros. Markets
PO Box 1628                                                   3710 University Ave. Suite 610
4080 Lemon Street, 1st Fl.                                    Riverside, CA 92501
Riverside, CA 92502-1628

DOE SECURITY COMPANY, an entity, and DOES 11-15, inclusive.


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Humberto M. Guizar, Esq., (SBN 125769)          Stephen A. King, Esq., (SBN 224683)
Christian Contreras, Esq., (SBN 330269)         **KINGS JUSTICE, LLC**
**THE LAW OFFICES OF HUMBERTO GUIZAR, APC**    9401 Wilshire Blvd Ste. 608
3500 W. Beverly Blvd.,                          Beverly Hills, CA 90212
Montebello, California 90640

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

Date: _____        _____
                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 5:20-cv-02651-JWH-KK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: