1  Eugene P. Ramirez (State Bar No. 134865)
     epr@manningllp.com
2  Tony M. Sain (State Bar No. 251626)
     tms@manningllp.com
3  Joseph A. Gordon (State Bar No. 314564)
     jag@manningllp.com
4  **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER LLP**
5  801 S. Figueroa St, 15th Floor
   Los Angeles, California 90017-3012
6  Telephone: (213) 624-6900
   Facsimile: (213) 624-6999

7

8  Attorneys for Defendant, COUNTY OF
   RIVERSIDE,

9

10              **UNITED STATES DISTRICT COURT**

11             **CENTRAL DISTRICT OF CALIFORNIA**

12

| | |
|---|---|
| 13  MARIA LOWRIE, Individually, and as Successor in Interest to ERNIE SERRANO | Case No. 5:20-cv-02651-JWH-KK |
| 14 | *[The Hon. John W. Holcomb]* |
| 15              Plaintiff, | **ANSWER OF DEFENDANT TO PLAINTIFF'S FIRST AMENDED COMPLAINT: DEMAND FOR JURY TRIAL** |
| 16        v. | |
| 17  COUNTY OF RIVERSIDE, a legal subdivision of the State of California; DOE DEPUTIES 1-10, individually; STATE BROS. MARKETS, a California Corporation; DOE SECURITY COMPPANY, an entity and DOES 11-15, inclusive, | |
| 18 | Complaint Filed:      1/14/2021 |
| 19 | Trial Date:        Not Yet Set |
| 20 | |
| 21        Defendant. | |

22

23        Defendant COUNTY OF RIVERSIDE ("County") hereby Answer plaintiff's

24  First Amended Complaint on file herein (filed January 14, 2021 and herein after as

25  "FAC") and Defendant hereby admits, denies and alleges as follows:

26        1.      Answering paragraph one of the FAC under the header "Complaint for

27  Damages" at the present, Defendant does not have sufficient knowledge, or

28  information or belief, to enable Defendant to answer the allegations contained

                                            1

within such paragraph, as stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

2.      Answering paragraph 2 of the FAC under the header "Complaint for Damages," at the present, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

3.      Answering paragraph 3 of the FAC, under the header "Parties": defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

4.      Answering paragraph 4 of the FAC, under the header "Parties": Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

5.      Answering paragraph 5 of the FAC, under the header "Parties": Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

6.      Answering paragraph 6 of the FAC, under the header "Parties": Defendant admits that Defendant County's principal place of business is in the COUNTY OF RIVERSIDE, and that the County is a public entity organized under the laws of the State of California.  As to the remaining allegations in this paragraph, at present, Defendant does not have sufficient knowledge, or information

1  or belief, to enable Defendant to answer the remaining allegations contained within

2  such paragraph, as stated, and on those grounds denies generally and specifically

3  each and every of the remaining allegations contained therein – and Defendant

4  denies all liability and/or wrongdoing.

5       7.     Answering paragraph 7 of the FAC, under the header "Parties":

6  Defendant does not have sufficient knowledge, or information or belief, to enable

7  Defendant to answer the remaining allegations contained within such paragraph, as

8  stated, and on those grounds denies generally and specifically each and every of the

9  remaining allegations contained therein – and Defendant denies all liability and/or

10  wrongdoing.

11      8.     Answering paragraph 8 of the FAC, under the header "Parties":

12  Defendant does not have sufficient knowledge, or information or belief, to enable

13  Defendant to answer the remaining allegations contained within such paragraph, as

14  stated, and on those grounds denies generally and specifically each and every of the

15  remaining allegations contained therein – and Defendant denies all liability and/or

16  wrongdoing.

17      9.     Answering paragraph 9 of the FAC, under the header "Parties":

18  Defendant does not have sufficient knowledge, or information or belief, to enable

19  Defendant to answer the remaining allegations contained within such paragraph, as

20  stated, and on those grounds denies generally and specifically each and every of the

21  remaining allegations contained therein – and Defendant denies all liability and/or

22  wrongdoing.

23      10.    Answering paragraph 10 of the FAC, under the header "Parties":

24  Defendant does not have sufficient knowledge, or information or belief, to enable

25  Defendant to answer the remaining allegations contained within such paragraph, as

26  stated, and on those grounds denies generally and specifically each and every of the

27  remaining allegations contained therein – and Defendant denies all liability and/or

28  wrongdoing.

**ANSWER OF DEFENDANT TO PLAINTIFF'S FIRST AMENDED COMPLAINT: DEMAND FOR JURY TRIAL**

11.     Answering paragraph 11 of the FAC, under the header "Parties": Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

12.     Answering paragraph 1 of the FAC, under the header "Parties": Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

13.     Answering paragraph 13 of the FAC, under the header "Parties": Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

14.     Answering paragraph 14 of the FAC, under the header "Parties": Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

15.     Answering paragraph 15 of the FAC, under the header "Parties": this paragraph does not contain any factual allegations against answering Defendant and for that reason this paragraph remains unanswered.

16.     Answering paragraph 16 of the FAC, under the header "Jurisdiction

4

**ANSWER OF DEFENDANT TO PLAINTIFF'S FIRST AMENDED COMPLAINT: DEMAND FOR JURY TRIAL**

1  and Venue": Defendant admits that jurisdiction is vested in this Court under 28

2  U.S.C. § 1331 and 28 U.S.C. § 1367.

3       17.    Defendant admits that venue is proper under 28 U.S.C. § 1391(b).

4       18    Answering paragraph 18 of the FAC, under the header "Factual

5  Allegations": Defendant denies all of the allegations in this paragraph, as phrased.

6  Defendant does not have sufficient knowledge, or information or belief, to enable

7  Defendant to answer the remaining allegations contained within such paragraph, as

8  stated, and on those grounds denies generally and specifically each and every of the

9  remaining allegations contained therein – and Defendant denies all liability and/or

10  wrongdoing.

11       19    Answering paragraph 19 of the FAC, under the header "Factual

12  Allegations": Defendant denies all of the allegations in this paragraph, as phrased.

13  Defendant does not have sufficient knowledge, or information or belief, to enable

14  Defendant to answer the remaining allegations contained within such paragraph, as

15  stated, and on those grounds denies generally and specifically each and every of the

16  remaining allegations contained therein – and Defendant denies all liability and/or

17  wrongdoing.

18       20    Answering paragraph 20 of the FAC, under the header "Factual

19  Allegations": Defendant denies all of the allegations in this paragraph, as phrased.

20  Defendant does not have sufficient knowledge, or information or belief, to enable

21  Defendant to answer the remaining allegations contained within such paragraph, as

22  stated, and on those grounds denies generally and specifically each and every of the

23  remaining allegations contained therein – and Defendant denies all liability and/or

24  wrongdoing.

25       21    Answering paragraph 21 of the FAC, under the header "Factual

26  Allegations": Defendant denies all of the allegations in this paragraph, as phrased.

27  Defendant does not have sufficient knowledge, or information or belief, to enable

28  Defendant to answer the remaining allegations contained within such paragraph, as

**ANSWER OF DEFENDANT TO PLAINTIFF'S FIRST AMENDED COMPLAINT: DEMAND FOR JURY TRIAL**

stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

22    Answering paragraph 22 of the FAC, under the header "Factual Allegations": Defendant denies all of the allegations in this paragraph, as phrased. Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

23    Answering paragraph 23 of the FAC, under the header "Factual Allegations": Defendant denies all of the allegations in this paragraph, as phrased. Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

24    Answering paragraph 24 of the FAC, under the header "Factual Allegations": Defendant denies all of the allegations in this paragraph, as phrased. Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

25    Answering paragraph 25 of the FAC, under the header "Factual Allegations": Defendant denies all of the allegations in this paragraph, as phrased. Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as

**ANSWER OF DEFENDANT TO PLAINTIFF'S FIRST AMENDED COMPLAINT: DEMAND FOR JURY TRIAL**

stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

26     Answering paragraph 16 of the FAC, under the header "Factual Allegations": Defendant denies all of the allegations in this paragraph, as phrased. Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

27     Answering paragraph 27 of the FAC, under the header "Factual Allegations": Defendant denies all of the allegations in this paragraph, as phrased. Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

28     Answering paragraph 28 of the FAC, under the header "Factual Allegations": Defendant denies all of the allegations in this paragraph, as phrased. Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

29     Answering paragraph 29 of the FAC, under the header "Factual Allegations": Defendant denies all of the allegations in this paragraph, as phrased. Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as

**ANSWER OF DEFENDANT TO PLAINTIFF'S FIRST AMENDED COMPLAINT: DEMAND FOR JURY TRIAL**

stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

30      Answering paragraph 30 of the FAC, under the header "Factual Allegations": Defendant denies all of the allegations in this paragraph, as phrased. Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

31      Answering paragraph 31 of the FAC, under the header "Factual Allegations": Defendant denies all of the allegations in this paragraph, as phrased. Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

32      Answering paragraph 32 of the FAC, under the header "Factual Allegations": Defendant denies all of the allegations in this paragraph, as phrased. Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

33      Answering paragraph 33 of the FAC, under the header "Factual Allegations": Defendant denies all of the allegations in this paragraph, as phrased. Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as

ANSWER OF DEFENDANT TO PLAINTIFF'S FIRST AMENDED COMPLAINT: DEMAND FOR JURY TRIAL

stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

34    Answering paragraph 34 of the FAC, under the header "Factual Allegations": Defendant denies all of the allegations in this paragraph, as phrased. Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

35    Answering paragraph 35 of the FAC, under the header "Factual Allegations": Defendant denies all of the allegations in this paragraph, as phrased. Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

36    Answering paragraph 36 of the FAC, under the header "Factual Allegations": Defendant denies all of the allegations in this paragraph, as phrased. Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

37    Answering paragraph 37 of the FAC, under the header "Factual Allegations": Defendant denies all of the allegations in this paragraph, as phrased. Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as

9

stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

38     Answering paragraph 38 of the FAC, under the header "Factual Allegations": Defendant denies all of the allegations in this paragraph, as phrased. Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

39     Answering paragraph 39 of the FAC, under the header "Factual Allegations": Defendant denies all of the allegations in this paragraph, as phrased. Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

40     Answering paragraph 40 of the FAC, under the header "Factual Allegations": Defendant denies all of the allegations in this paragraph, as phrased. Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

41     Answering paragraph 41 of the FAC, under the header "Factual Allegations": Defendant denies all of the allegations in this paragraph, as phrased. Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as

**ANSWER OF DEFENDANT TO PLAINTIFF'S FIRST AMENDED COMPLAINT: DEMAND FOR JURY TRIAL**

1  stated, and on those grounds denies generally and specifically each and every of the

2  remaining allegations contained therein – and Defendant denies all liability and/or

3  wrongdoing.

4         42     Answering paragraph 42 of the FAC, under the header "Factual

5  Allegations": Defendant denies all of the allegations in this paragraph, as phrased.

6  Defendant does not have sufficient knowledge, or information or belief, to enable

7  Defendant to answer the remaining allegations contained within such paragraph, as

8  stated, and on those grounds denies generally and specifically each and every of the

9  remaining allegations contained therein – and Defendant denies all liability and/or

10  wrongdoing.

11         43     Answering paragraph 43 of the FAC, under the header "Factual

12  Allegations": Defendant denies all of the allegations in this paragraph, as phrased.

13  Defendant does not have sufficient knowledge, or information or belief, to enable

14  Defendant to answer the remaining allegations contained within such paragraph, as

15  stated, and on those grounds denies generally and specifically each and every of the

16  remaining allegations contained therein – and Defendant denies all liability and/or

17  wrongdoing.

18         44     Answering paragraph 44 of the FAC, under the header "Factual

19  Allegations": Defendant denies all of the allegations in this paragraph, as phrased.

20  Defendant does not have sufficient knowledge, or information or belief, to enable

21  Defendant to answer the remaining allegations contained within such paragraph, as

22  stated, and on those grounds denies generally and specifically each and every of the

23  remaining allegations contained therein – and Defendant denies all liability and/or

24  wrongdoing.

25         45     Answering paragraph 45 of the FAC, under the header "First Claim for

26  Relief": Defendant repeat, reiterate, and re-allege all of the admissions and denials

27  contained in the foregoing Answer which are set forth to each and every allegation

28  contained in paragraphs 1 through 44, inclusive, of the FAC.

Manning & Kass
Ellrod, Ramirez, Trester LLP
Attorneys at Law

46   Answering paragraph 46 of the FAC, under the header "First Claim for Relief": Defendant denies all of the allegations in this paragraph, as phrased. Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

47   Answering paragraph 47 of the FAC, under the header "First Claim for Relief": Defendant denies all of the allegations in this paragraph, as phrased. Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

48   Answering paragraph 48 of the FAC, under the header "First Claim for Relief": Defendant denies all of the allegations in this paragraph, as phrased. Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

49   Answering paragraph 49 of the FAC, under the header "First Claim for Relief": Defendant denies all of the allegations in this paragraph, as phrased. Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

**ANSWER OF DEFENDANT TO PLAINTIFF'S FIRST AMENDED COMPLAINT: DEMAND FOR JURY TRIAL**

50     Answering paragraph 50 of the FAC, under the header "First Claim for Relief": Defendant denies all of the allegations in this paragraph, as phrased. Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

51     Answering paragraph 51 of the FAC, under the header "First Claim for Relief": Defendant denies all of the allegations in this paragraph, as phrased. Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

52     Answering paragraph 52 of the FAC, under the header "First Claim for Relief": Defendant denies all of the allegations in this paragraph, as phrased. Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

53     Answering paragraph 53 of the FAC, under the header "First Claim for Relief": Defendant denies all of the allegations in this paragraph, as phrased. Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

ANSWER OF DEFENDANT TO PLAINTIFF'S FIRST AMENDED COMPLAINT: DEMAND FOR JURY TRIAL

54    Answering paragraph 54 of the FAC, under the header "First Claim for Relief": Defendant denies all of the allegations in this paragraph, as phrased. Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

55    Answering paragraph 55 of the FAC, under the header "First Claim for Relief": Defendant denies all of the allegations in this paragraph, as phrased. Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

56    Answering paragraph 56 of the FAC, under the header "First Claim for Relief": Defendant denies all of the allegations in this paragraph, as phrased. Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

57    Answering paragraph 57 of the FAC, under the header "Second Claim for Relief": Defendant repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 56, inclusive, of the FAC.

58    Answering paragraph 58 of the FAC, under the header "Second Claim for Relief": Defendant denies all of the allegations in this paragraph, as phrased. Defendant does not have sufficient knowledge, or information or belief, to enable

Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

59     Answering paragraph 59 of the FAC, under the header "Second Claim for Relief": Defendant denies all of the allegations in this paragraph, as phrased. Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

60     Answering paragraph 60 of the FAC, under the header "Second Claim for Relief": Defendant denies all of the allegations in this paragraph, as phrased. Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

61     Answering paragraph 61 of the FAC, under the header "Second Claim for Relief": Defendant denies all of the allegations in this paragraph, as phrased. Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

62     Answering paragraph 62 of the FAC, under the header "Second Claim for Relief": Defendant denies all of the allegations in this paragraph, as phrased. Defendant does not have sufficient knowledge, or information or belief, to enable

**ANSWER OF DEFENDANT TO PLAINTIFF'S FIRST AMENDED COMPLAINT: DEMAND FOR JURY TRIAL**

Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

63     Answering paragraph 63 of the FAC, under the header "Second Claim for Relief": Defendant denies all of the allegations in this paragraph, as phrased. Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

64     Answering paragraph 64 of the FAC, under the header "Second Claim for Relief": Defendant denies all of the allegations in this paragraph, as phrased. Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

65     Answering paragraph 65 of the FAC, under the header "Second Claim for Relief": Defendant denies all of the allegations in this paragraph, as phrased. Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

66     Answering paragraph 66 of the FAC, under the header "Third Claim for Relief": Defendant repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation

16

contained in paragraphs 1 through 65, inclusive, of the FAC.

67     Answering paragraph 67 of the FAC, under the header "Third Claim for Relief": Defendant denies all of the allegations in this paragraph, as phrased. Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

68     Answering paragraph 68 of the FAC, under the header "Third Claim for Relief": Defendant denies all of the allegations in this paragraph, as phrased. Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

69     Answering paragraph 69 of the FAC, under the header "Third Claim for Relief": Defendant denies all of the allegations in this paragraph, as phrased. Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

70     Answering paragraph 70 of the FAC, under the header "Third Claim for Relief": Defendant denies all of the allegations in this paragraph, as phrased. Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or

17

wrongdoing.

71      Answering paragraph 71 of the FAC, under the header "Third Claim for Relief": Defendant denies all of the allegations in this paragraph, as phrased. Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

72      Answering paragraph 72 of the FAC, under the header "Third Claim for Relief": Defendant denies all of the allegations in this paragraph, as phrased. Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

73      Answering paragraph 73 of the FAC, under the header "Fourth Claim for Relief": Defendant repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 72, inclusive, of the FAC.

74      Answering paragraph 74 of the FAC, under the header "Fourth Claim for Relief": Defendant denies all of the allegations in this paragraph, as phrased. Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

75      Answering paragraph 75 of the FAC, under the header "Fourth Claim for Relief": Defendant denies all of the allegations in this paragraph, as phrased.

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

1  Defendant does not have sufficient knowledge, or information or belief, to enable

2  Defendant to answer the remaining allegations contained within such paragraph, as

3  stated, and on those grounds denies generally and specifically each and every of the

4  remaining allegations contained therein – and Defendant denies all liability and/or

5  wrongdoing.

6       76  Answering paragraph 76 of the FAC, under the header "Fourth Claim

7  for Relief": Defendant denies all of the allegations in this paragraph, as phrased.

8  Defendant does not have sufficient knowledge, or information or belief, to enable

9  Defendant to answer the remaining allegations contained within such paragraph, as

10 stated, and on those grounds denies generally and specifically each and every of the

11 remaining allegations contained therein – and Defendant denies all liability and/or

12 wrongdoing.

13      77  Answering paragraph 77 of the FAC, under the header "Fourth Claim

14 for Relief": Defendant denies all of the allegations in this paragraph, as phrased.

15 Defendant does not have sufficient knowledge, or information or belief, to enable

16 Defendant to answer the remaining allegations contained within such paragraph, as

17 stated, and on those grounds denies generally and specifically each and every of the

18 remaining allegations contained therein – and Defendant denies all liability and/or

19 wrongdoing.

20      78  Answering paragraph 78 of the FAC, under the header "Fourth Claim

21 for Relief": Defendant denies all of the allegations in this paragraph, as phrased.

22 Defendant does not have sufficient knowledge, or information or belief, to enable

23 Defendant to answer the remaining allegations contained within such paragraph, as

24 stated, and on those grounds denies generally and specifically each and every of the

25 remaining allegations contained therein – and Defendant denies all liability and/or

26 wrongdoing.

27      79  Answering paragraph 79 of the FAC, under the header "Fourth Claim

28 for Relief": Defendant denies all of the allegations in this paragraph, as phrased.

**ANSWER OF DEFENDANT TO PLAINTIFF'S FIRST AMENDED COMPLAINT: DEMAND FOR JURY TRIAL**

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

80    Answering paragraph 80 of the FAC, under the header "Fourth Claim for Relief": Defendant denies all of the allegations in this paragraph, as phrased. Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

81    Answering paragraph 81 of the FAC, under the header "Fifth Claim for Relief": Defendant repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 80, inclusive, of the FAC.

82    Answering paragraph 82 of the FAC, under the header "Fifth Claim for Relief": Defendant denies all of the allegations in this paragraph, as phrased. Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

83    Answering paragraph 83 of the FAC, under the header "Fifth Claim for Relief": Defendant denies all of the allegations in this paragraph, as phrased. Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every of the

20

remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

84      Answering paragraph 84 of the FAC, under the header "Fifth Claim for Relief": Defendant denies all of the allegations in this paragraph, as phrased. Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

85      Answering paragraph 85 of the FAC, under the header "Fifth Claim for Relief": Defendant denies all of the allegations in this paragraph, as phrased. Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

86      Answering paragraph 86 of the FAC, under the header "Fifth Claim for Relief": Defendant denies all of the allegations in this paragraph, as phrased. Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

87      Answering paragraph 87 of the FAC, under the header "Fifth Claim for Relief": Defendant denies all of the allegations in this paragraph, as phrased. Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every of the

**ANSWER OF DEFENDANT TO PLAINTIFF'S FIRST AMENDED COMPLAINT: DEMAND FOR JURY TRIAL**

remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

88   Answering paragraph 88 of the FAC, under the header "Fifth Claim for Relief": Defendant denies all of the allegations in this paragraph, as phrased. Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

89   Answering paragraph 89 of the FAC, under the header "Fifth Claim for Relief": Defendant denies all of the allegations in this paragraph, as phrased. Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

90   Answering paragraph 90 of the FAC, under the header "Fifth Claim for Relief": Defendant denies all of the allegations in this paragraph, as phrased. Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

91   Answering paragraph 91 of the FAC, under the header "Sixth Claim for Relief": Defendant repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 90, inclusive, of the FAC.

92   Answering paragraph 92 of the FAC, under the header "Sixth Claim for

22

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

1  Relief": Defendant denies all of the allegations in this paragraph, as phrased.

2  Defendant does not have sufficient knowledge, or information or belief, to enable

3  Defendant to answer the remaining allegations contained within such paragraph, as

4  stated, and on those grounds denies generally and specifically each and every of the

5  remaining allegations contained therein – and Defendant denies all liability and/or

6  wrongdoing.

7      93    Answering paragraph 93 of the FAC, under the header "Sixth Claim for

8  Relief": Defendant denies all of the allegations in this paragraph, as phrased.

9  Defendant does not have sufficient knowledge, or information or belief, to enable

10  Defendant to answer the remaining allegations contained within such paragraph, as

11  stated, and on those grounds denies generally and specifically each and every of the

12  remaining allegations contained therein – and Defendant denies all liability and/or

13  wrongdoing.

14      94    Answering paragraph 94 of the FAC, under the header "Sixth Claim for

15  Relief": Defendant denies all of the allegations in this paragraph, as phrased.

16  Defendant does not have sufficient knowledge, or information or belief, to enable

17  Defendant to answer the remaining allegations contained within such paragraph, as

18  stated, and on those grounds denies generally and specifically each and every of the

19  remaining allegations contained therein – and Defendant denies all liability and/or

20  wrongdoing.

21      95    Answering paragraph 95 of the FAC, under the header "Sixth Claim for

22  Relief": Defendant denies all of the allegations in this paragraph, as phrased.

23  Defendant does not have sufficient knowledge, or information or belief, to enable

24  Defendant to answer the remaining allegations contained within such paragraph, as

25  stated, and on those grounds denies generally and specifically each and every of the

26  remaining allegations contained therein – and Defendant denies all liability and/or

27  wrongdoing.

28      96    Answering paragraph 96 of the FAC, under the header "Sixth Claim for

MANNING&KASS<br>ELLROD, RAMIREZ, TRESTER LLP<br>Attorneys at Law

23

1  Relief": Defendant denies all of the allegations in this paragraph, as phrased.

2  Defendant does not have sufficient knowledge, or information or belief, to enable

3  Defendant to answer the remaining allegations contained within such paragraph, as

4  stated, and on those grounds denies generally and specifically each and every of the

5  remaining allegations contained therein – and Defendant denies all liability and/or

6  wrongdoing.

7       97    Answering paragraph 97 of the FAC, under the header "Sixth Claim for

8  Relief": Defendant denies all of the allegations in this paragraph, as phrased.

9  Defendant does not have sufficient knowledge, or information or belief, to enable

10  Defendant to answer the remaining allegations contained within such paragraph, as

11  stated, and on those grounds denies generally and specifically each and every of the

12  remaining allegations contained therein – and Defendant denies all liability and/or

13  wrongdoing.

14       98    Answering paragraph 98 of the FAC, under the header "Sixth Claim for

15  Relief": Defendant denies all of the allegations in this paragraph, as phrased.

16  Defendant does not have sufficient knowledge, or information or belief, to enable

17  Defendant to answer the remaining allegations contained within such paragraph, as

18  stated, and on those grounds denies generally and specifically each and every of the

19  remaining allegations contained therein – and Defendant denies all liability and/or

20  wrongdoing.

21       99    Answering paragraph 99 of the FAC, under the header "Sixth Claim for

22  Relief": Defendant denies all of the allegations in this paragraph, as phrased.

23  Defendant does not have sufficient knowledge, or information or belief, to enable

24  Defendant to answer the remaining allegations contained within such paragraph, as

25  stated, and on those grounds denies generally and specifically each and every of the

26  remaining allegations contained therein – and Defendant denies all liability and/or

27  wrongdoing.

28       100    Answering paragraph 100 of the FAC, under the header "Sixth Claim

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

24

**ANSWER OF DEFENDANT TO PLAINTIFF'S FIRST AMENDED COMPLAINT: DEMAND FOR JURY TRIAL**

for Relief": Defendant denies all of the allegations in this paragraph, as phrased. Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

101    Answering paragraph 101 of the FAC, under the header "Sixth Claim for Relief": Defendant denies all of the allegations in this paragraph, as phrased. Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

102    Answering paragraph 102 of the FAC, under the header "Seventh Claim for Relief": Defendant repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 101, inclusive, of the FAC.

103    Answering paragraph 103 of the FAC, under the header "Seventh Claim for Relief": Defendant denies all of the allegations in this paragraph, as phrased.  Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

104    Answering paragraph 104 of the FAC, under the header "Seventh Claim for Relief": Defendant denies all of the allegations in this paragraph, as phrased.  Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such

25

1  paragraph, as stated, and on those grounds denies generally and specifically each

2  and every of the remaining allegations contained therein – and Defendant denies all

3  liability and/or wrongdoing.

4      105    Answering paragraph 105 of the FAC, under the header "Seventh

5  Claim for Relief": Defendant denies all of the allegations in this paragraph, as

6  phrased.  Defendant does not have sufficient knowledge, or information or belief, to

7  enable Defendant to answer the remaining allegations contained within such

8  paragraph, as stated, and on those grounds denies generally and specifically each

9  and every of the remaining allegations contained therein – and Defendant denies all

10 liability and/or wrongdoing.

11     106    Answering paragraph 106 of the FAC, under the header "Seventh

12 Claim for Relief": Defendant denies all of the allegations in this paragraph, as

13 phrased.  Defendant does not have sufficient knowledge, or information or belief, to

14 enable Defendant to answer the remaining allegations contained within such

15 paragraph, as stated, and on those grounds denies generally and specifically each

16 and every of the remaining allegations contained therein – and Defendant denies all

17 liability and/or wrongdoing.

18     107    Answering paragraph 107 of the FAC, under the header "Seventh

19 Claim for Relief": Defendant denies all of the allegations in this paragraph, as

20 phrased.  Defendant does not have sufficient knowledge, or information or belief, to

21 enable Defendant to answer the remaining allegations contained within such

22 paragraph, as stated, and on those grounds denies generally and specifically each

23 and every of the remaining allegations contained therein – and Defendant denies all

24 liability and/or wrongdoing.

25     108    Answering paragraph 108 of the FAC, under the header "Seventh

26 Claim for Relief": this paragraph does not contain any factual allegations against

27 Defendant County and for that reason this paragraph remains unanswered.

28     109    Answering paragraph 109 of the FAC, under the header "Seventh

**ANSWER OF DEFENDANT TO PLAINTIFF'S FIRST AMENDED COMPLAINT: DEMAND FOR JURY TRIAL**

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

Claim for Relief": this paragraph does not contain any factual allegations against Defendant County and for that reason this paragraph remains unanswered.

110    Answering paragraph 110 of the FAC, under the header "Seventh Claim for Relief": this paragraph does not contain any factual allegations against Defendant County and for that reason this paragraph remains unanswered.

111    Answering paragraph 111 of the FAC, under the header "Seventh Claim for Relief": this paragraph does not contain any factual allegations against Defendant County and for that reason this paragraph remains unanswered.

112    Answering paragraph 112 of the FAC, under the header "Seventh Claim for Relief": this paragraph does not contain any factual allegations against Defendant County and for that reason this paragraph remains unanswered.

113    Answering paragraph 108 of the FAC, under the header "Seventh Claim for Relief": this paragraph does not contain any factual allegations against Defendant County and for that reason this paragraph remains unanswered.

114    Answering paragraph 108 of the FAC, under the header "Seventh Claim for Relief": this paragraph does not contain any factual allegations against Defendant County and for that reason this paragraph remains unanswered.

115    Answering paragraph 108 of the FAC, under the header "Seventh Claim for Relief": this paragraph does not contain any factual allegations against Defendant County and for that reason this paragraph remains unanswered.

116    Answering paragraph 108 of the FAC, under the header "Seventh Claim for Relief": Defendant denies all of the allegations in this paragraph, as phrased.  Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

117    Answering paragraph 117 of the FAC, under the header "Seventh

ANSWER OF DEFENDANT TO PLAINTIFF'S FIRST AMENDED COMPLAINT: DEMAND FOR JURY TRIAL

Claim for Relief": this paragraph does not contain any factual allegations against Defendant County and for that reason this paragraph remains unanswered.

118    Answering paragraph 118 of the FAC, under the header "Eight Claim for Relief": Defendant repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 117, inclusive, of the FAC.

119    Answering paragraph 119 of the FAC, under the header "Eighth Claim for Relief": Defendant denies all of the allegations in this paragraph, as phrased. Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

120    Answering paragraph 120 of the FAC, under the header "Eighth Claim for Relief": Defendant denies all of the allegations in this paragraph, as phrased. Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

121    Answering paragraph 121 of the FAC, under the header "Eighth Claim for Relief": Defendant denies all of the allegations in this paragraph, as phrased. Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

122    Answering paragraph 122 of the FAC, under the header "Eighth Claim

**ANSWER OF DEFENDANT TO PLAINTIFF'S FIRST AMENDED COMPLAINT: DEMAND FOR JURY TRIAL**

for Relief": Defendant denies all of the allegations in this paragraph, as phrased. Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

123   Answering paragraph 123 of the FAC, under the header "Eighth Claim for Relief": Defendant denies all of the allegations in this paragraph, as phrased. Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or wrongdoing.

124   Answering paragraph 124 of the FAC, under the header "Eighth Claim for Relief": this paragraph does not contain any factual allegations against Defendant County and for that reason this paragraph remains unanswered.

125   Answering paragraph 125 of the FAC, under the header "Eighth Claim for Relief": this paragraph does not contain any factual allegations against Defendant County and for that reason this paragraph remains unanswered.

126   Answering paragraph 126 of the FAC, under the header "Eighth Claim for Relief": this paragraph does not contain any factual allegations against Defendant County and for that reason this paragraph remains unanswered.

127   Answering paragraph 127 of the FAC, under the header "Eighth Claim for Relief": Defendant denies all of the allegations in this paragraph, as phrased. Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every of the remaining allegations contained therein – and Defendant denies all liability and/or

29

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

1  wrongdoing.

2      128    Answering paragraph 128 of the FAC, under the header "Eighth Claim

3  for Relief": Defendant denies all of the allegations in this paragraph, as phrased.

4  Defendant does not have sufficient knowledge, or information or belief, to enable

5  Defendant to answer the remaining allegations contained within such paragraph, as

6  stated, and on those grounds denies generally and specifically each and every of the

7  remaining allegations contained therein – and Defendant denies all liability and/or

8  wrongdoing.

9      129    Answering paragraph 129 of the FAC, under the header "Eighth Claim

10  for Relief": Defendant denies all of the allegations in this paragraph, as phrased.

11  Defendant does not have sufficient knowledge, or information or belief, to enable

12  Defendant to answer the remaining allegations contained within such paragraph, as

13  stated, and on those grounds denies generally and specifically each and every of the

14  remaining allegations contained therein – and Defendant denies all liability and/or

15  wrongdoing.

16      130    Answering paragraph 130 of the FAC, under the header "Eighth Claim

17  for Relief": Defendant denies all of the allegations in this paragraph, as phrased.

18  Defendant does not have sufficient knowledge, or information or belief, to enable

19  Defendant to answer the remaining allegations contained within such paragraph, as

20  stated, and on those grounds denies generally and specifically each and every of the

21  remaining allegations contained therein – and Defendant denies all liability and/or

22  wrongdoing.

23      131    Answering paragraph 131 of the FAC, under the header "Eighth Claim

24  for Relief": Defendant denies all of the allegations in this paragraph, as phrased.

25  Defendant does not have sufficient knowledge, or information or belief, to enable

26  Defendant to answer the remaining allegations contained within such paragraph, as

27  stated, and on those grounds denies generally and specifically each and every of the

28  remaining allegations contained therein – and Defendant denies all liability and/or

**ANSWER OF DEFENDANT TO PLAINTIFF'S FIRST AMENDED COMPLAINT: DEMAND FOR JURY TRIAL**

MANNING&KASS

ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

1    wrongdoing.

2         132     Answering paragraph 132 of the FAC, under the header "Ninth Claim

3    for Relief": Defendant repeat, reiterate, and re-allege all of the admissions and

4    denials contained in the foregoing Answer which are set forth to each and every

5    allegation contained in paragraphs 1 through 131, inclusive, of the FAC.

6         133     Answering paragraph 133 of the FAC, under the header "Ninth Claim

7    for Relief": Defendant denies all of the allegations in this paragraph, as phrased.

8    Defendant does not have sufficient knowledge, or information or belief, to enable

9    Defendant to answer the remaining allegations contained within such paragraph, as

10   stated, and on those grounds denies generally and specifically each and every of the

11   remaining allegations contained therein – and Defendant denies all liability and/or

12   wrongdoing.

13        134     Answering paragraph 134 of the FAC, under the header "Ninth Claim

14   for Relief": Defendant denies all of the allegations in this paragraph, as phrased.

15   Defendant does not have sufficient knowledge, or information or belief, to enable

16   Defendant to answer the remaining allegations contained within such paragraph, as

17   stated, and on those grounds denies generally and specifically each and every of the

18   remaining allegations contained therein – and Defendant denies all liability and/or

19   wrongdoing.

20        135     Answering paragraph 135 of the FAC, under the header "Ninth Claim

21   for Relief": Defendant denies all of the allegations in this paragraph, as phrased.

22   Defendant does not have sufficient knowledge, or information or belief, to enable

23   Defendant to answer the remaining allegations contained within such paragraph, as

24   stated, and on those grounds denies generally and specifically each and every of the

25   remaining allegations contained therein – and Defendant denies all liability and/or

26   wrongdoing.

27        136     Answering paragraph 136 of the FAC, under the header "Ninth Claim

28   for Relief": Defendant denies all of the allegations in this paragraph, as phrased.

**ANSWER OF DEFENDANT TO PLAINTIFF'S FIRST AMENDED COMPLAINT: DEMAND FOR JURY TRIAL**

1 | Defendant does not have sufficient knowledge, or information or belief, to enable
2 | Defendant to answer the remaining allegations contained within such paragraph, as
3 | stated, and on those grounds denies generally and specifically each and every of the
4 | remaining allegations contained therein – and Defendant denies all liability and/or
5 | wrongdoing.

6 |        137    Answering paragraph 137 of the FAC, under the header "Ninth Claim
7 | for Relief": Defendant denies all of the allegations in this paragraph, as phrased.
8 | Defendant does not have sufficient knowledge, or information or belief, to enable
9 | Defendant to answer the remaining allegations contained within such paragraph, as
10 | stated, and on those grounds denies generally and specifically each and every of the
11 | remaining allegations contained therein – and Defendant denies all liability and/or
12 | wrongdoing.

13 |        138    Answering paragraph 138 of the FAC, under the header "Ninth Claim
14 | for Relief": Defendant denies all of the allegations in this paragraph, as phrased.
15 | Defendant does not have sufficient knowledge, or information or belief, to enable
16 | Defendant to answer the remaining allegations contained within such paragraph, as
17 | stated, and on those grounds denies generally and specifically each and every of the
18 | remaining allegations contained therein – and Defendant denies all liability and/or
19 | wrongdoing.

20 |        139    Answering paragraph 139 of the FAC, under the header "Ninth Claim
21 | for Relief": Defendant denies all of the allegations in this paragraph, as phrased.
22 | Defendant does not have sufficient knowledge, or information or belief, to enable
23 | Defendant to answer the remaining allegations contained within such paragraph, as
24 | stated, and on those grounds denies generally and specifically each and every of the
25 | remaining allegations contained therein – and Defendant denies all liability and/or
26 | wrongdoing.

27 |        140    Answering paragraph 140 of the FAC, under the header "Ninth Claim
28 | for Relief": Defendant denies all of the allegations in this paragraph, as phrased.

**ANSWER OF DEFENDANT TO PLAINTIFF'S FIRST AMENDED COMPLAINT: DEMAND FOR JURY TRIAL**

Manning & Kass
Ellrod, Ramirez, Trester LLP
Attorneys at Law

1  Defendant does not have sufficient knowledge, or information or belief, to enable
2  Defendant to answer the remaining allegations contained within such paragraph, as
3  stated, and on those grounds denies generally and specifically each and every of the
4  remaining allegations contained therein – and Defendant denies all liability and/or
5  wrongdoing.

6       141   Answering paragraph 141 of the FAC, under the header "Ninth Claim
7  for Relief": Defendant denies all of the allegations in this paragraph, as phrased.
8  Defendant does not have sufficient knowledge, or information or belief, to enable
9  Defendant to answer the remaining allegations contained within such paragraph, as
10  stated, and on those grounds denies generally and specifically each and every of the
11  remaining allegations contained therein – and Defendant denies all liability and/or
12  wrongdoing.

13       142   Answering paragraph 142 of the FAC, under the header "Ninth Claim
14  for Relief": Defendant denies all of the allegations in this paragraph, as phrased.
15  Defendant does not have sufficient knowledge, or information or belief, to enable
16  Defendant to answer the remaining allegations contained within such paragraph, as
17  stated, and on those grounds denies generally and specifically each and every of the
18  remaining allegations contained therein – and Defendant denies all liability and/or
19  wrongdoing.

20       143   Answering paragraph 143 of the FAC, under the header "Ninth Claim
21  for Relief": Defendant denies all of the allegations in this paragraph, as phrased.
22  Defendant does not have sufficient knowledge, or information or belief, to enable
23  Defendant to answer the remaining allegations contained within such paragraph, as
24  stated, and on those grounds denies generally and specifically each and every of the
25  remaining allegations contained therein – and Defendant denies all liability and/or
26  wrongdoing.

27       144   Answering paragraph 144 of the FAC, under the header "Ninth Claim
28  for Relief": Defendant denies all of the allegations in this paragraph, as phrased.

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

**ANSWER OF DEFENDANT TO PLAINTIFF'S FIRST AMENDED COMPLAINT: DEMAND FOR JURY TRIAL**

1   Defendant does not have sufficient knowledge, or information or belief, to enable

2   Defendant to answer the remaining allegations contained within such paragraph, as

3   stated, and on those grounds denies generally and specifically each and every of the

4   remaining allegations contained therein – and Defendant denies all liability and/or

5   wrongdoing.

6       145   Answering paragraph 145 of the FAC, under the header "Ninth Claim

7   for Relief": Defendant denies all of the allegations in this paragraph, as phrased.

8   Defendant does not have sufficient knowledge, or information or belief, to enable

9   Defendant to answer the remaining allegations contained within such paragraph, as

10  stated, and on those grounds denies generally and specifically each and every of the

11  remaining allegations contained therein – and Defendant denies all liability and/or

12  wrongdoing.

13      146   Answering paragraph 146 of the FAC, under the header "Ninth Claim

14  for Relief": Defendant denies all of the allegations in this paragraph, as phrased.

15  Defendant does not have sufficient knowledge, or information or belief, to enable

16  Defendant to answer the remaining allegations contained within such paragraph, as

17  stated, and on those grounds denies generally and specifically each and every of the

18  remaining allegations contained therein – and Defendant denies all liability and/or

19  wrongdoing.

20      147   Answering paragraph 147 of the FAC, under the header "Tenth Claim

21  for Relief": Defendant repeat, reiterate, and re-allege all of the admissions and

22  denials contained in the foregoing Answer which are set forth to each and every

23  allegation contained in paragraphs 1 through 146, inclusive, of the FAC.

24      148   Answering paragraph 148 of the FAC, under the header "Tenth Claim

25  for Relief": Defendant denies all of the allegations in this paragraph, as phrased.

26  Defendant does not have sufficient knowledge, or information or belief, to enable

27  Defendant to answer the remaining allegations contained within such paragraph, as

28  stated, and on those grounds denies generally and specifically each and every of the

34

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

1  remaining allegations contained therein – and Defendant denies all liability and/or

2  wrongdoing.

3       149    Answering paragraph 149 of the FAC, under the header "Tenth Claim

4  for Relief": this paragraph does not contain any factual allegations against

5  Defendant County and for that reason this paragraph remains unanswered.

6       150    Answering paragraph 150 of the FAC, under the header "Tenth Claim

7  for Relief": this paragraph does not contain any factual allegations against

8  Defendant County and for that reason this paragraph remains unanswered.

9       151    Answering paragraph 151 of the FAC, under the header "Tenth Claim

10  for Relief": Defendant denies all of the allegations in this paragraph, as phrased.

11  Defendant does not have sufficient knowledge, or information or belief, to enable

12  Defendant to answer the remaining allegations contained within such paragraph, as

13  stated, and on those grounds denies generally and specifically each and every of the

14  remaining allegations contained therein – and Defendant denies all liability and/or

15  wrongdoing.

16       152    Answering paragraph 152 of the FAC, under the header "Tenth Claim

17  for Relief": Defendant denies all of the allegations in this paragraph, as phrased.

18  Defendant does not have sufficient knowledge, or information or belief, to enable

19  Defendant to answer the remaining allegations contained within such paragraph, as

20  stated, and on those grounds denies generally and specifically each and every of the

21  remaining allegations contained therein – and Defendant denies all liability and/or

22  wrongdoing.

23       153    Answering paragraph 153 of the FAC, under the header "Tenth Claim

24  for Relief": Defendant denies all of the allegations in this paragraph, as phrased.

25  Defendant does not have sufficient knowledge, or information or belief, to enable

26  Defendant to answer the remaining allegations contained within such paragraph, as

27  stated, and on those grounds denies generally and specifically each and every of the

28  remaining allegations contained therein – and Defendant denies all liability and/or

35

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

Manning&Kass

Ellrod, Ramirez, Trester LLP

Attorneys at Law

1    wrongdoing.

2    154    Answering plaintiff's Prayer for Relief, Defendant denies all liability to
3    plaintiff, including, but not limited to, all liability for any and all damages, including,
4    but not limited to, compensatory damages; attorneys' fees; costs of any kind; punitive
5    damages against the individual Defendant; and/or for any relief of any kind from
6    Defendant to plaintiff.

7    155    To the extent plaintiff asserts any other claims or contentions not
8    specifically addressed herein above, Defendant generally and specifically denies each
9    and every remaining allegation and/or claim.

10                      **AFFIRMATIVE DEFENSES**

11   156.   As separate and affirmative defenses, Defendant allege as follows[1]:

12                 **FIRST AFFIRMATIVE DEFENSE**

13                    **(Failure to State Claim)**

14   157.   Plaintiff's FAC fails to state a claim upon which relief can be granted.

15   158.   Plaintiff's FAC also fails to state a claim against any defendant in this
16   action.

17               **SECOND AFFIRMATIVE DEFENSE**

18                 **(Tort Claims Act Violation)**

19   159.   This action is barred by the Plaintiff's failure to comply with the
20   government tort claims presentation requirements, California Government Code §
21   900, *et seq.*, including but not limited to §§ 900, 900.4, 901, 905, 905.2, 910, 911,
22   911.2, 911.4, 945.4, 945.6, 946.6, 950.2, and 950.6, to the extent applicable.

23   160.   The Complaint is barred based on Plaintiff's failure to exhaust
24   administrative remedies prior to filing this lawsuit.

25

26

27

28

---

[1] For purposes of the affirmative defenses, affirmative defenses that reference "plaintiff" shall also be construed to apply, wherever feasible, to plaintiff's decedent.

**ANSWER OF DEFENDANT TO PLAINTIFF'S FIRST AMENDED COMPLAINT: DEMAND FOR JURY TRIAL**

**THIRD AFFIRMATIVE DEFENSE**

**(Waiver, Estoppel, Unclean Hands)**

161.   Defendant allege that Plaintiff's action is barred by reason of conduct, actions and inactions of Plaintiff's which amount to and constitute a waiver of any right Plaintiff's may or might have had in reference to the matters and things alleged in the Complaint, or that otherwise estop Plaintiff's from recovery in this action, including but not limited to the doctrine of unclean hands.

**FOURTH AFFIRMATIVE DEFENSE**

**(Failure to Mitigate Damages)**

162.   Plaintiff's claims are barred or limited to the extent Plaintiff's failed to mitigate Plaintiff's injuries or damages, if there were any.   Plaintiff has failed to mitigate the damages, if any, which Plaintiff has sustained, and to exercise reasonable care to avoid the consequences of harms, if any, in that, among other things, Plaintiff has failed to use reasonable diligence in caring for any injuries, failed to use reasonable means to prevent aggravation of any injuries and failed to take reasonable precautions to reduce any injuries and damages.

**FIFTH AFFIRMATIVE DEFENSE**

**(Contributory and/or Comparative Liability)**

163.   Plaintiff's claims are barred or limited by Plaintiff and/or decedent's contributory/comparative negligence or other conduct, acts, or omissions, and to the extent any Plaintiff's suffered any injury or damages, it was the result of Plaintiff and/or decedent's own negligent or deliberate actions or omissions.

164.   Plaintiff's recovery is barred because any injury or damage suffered by Plaintiff's decedent and/or to Plaintiff was caused solely by reason of the Plaintiff's decedent's wrongful acts and conduct and the willful resistance to a peace officer in the discharge their duties.   The conduct set forth in the FAC, if and to the extent it occurred, was privileged and justified and done with a good faith belief that it was correct and no action may be taken against the answering Defendant on account of

37

1   such conduct.

## SIXTH AFFIRMATIVE DEFENSE

### (Public Entity/Employee Immunity for Others' Torts)

165.   Plaintiff's recovery is barred because public entities and employees are immune from liability for any injury caused by the act or omission of another person. Gov. Code §§ 815 *et seq.*, 820.2 *et seq.*

166.   The answering Defendant is informed and believe and thereon allege that if Plaintiff sustained any injury or damages, such injury or damages were solely caused or contributed to by the wrongful conduct of other Defendant and/or entities or persons other than the answering defendant.  To the extent that Plaintiff's damages were so caused, any recovery by Plaintiff as against the answering defendant should be subject to proportionately comparative equitable indemnity/contribution from such third parties.

## SEVENTH AFFIRMATIVE DEFENSE

### (Public Entity/Employee Immunity for Discretionary Acts)

167.   There is no liability for any injury or damages, if any there were, resulting from an exercise of discretion vested in a public employee, whether or not such discretion be abused.  Gov. Code § 815.2, 820.2, 820.4, 820.8, 820 *et seq.*

168.   Plaintiff's recovery is barred because public entities and employees are immune from liability for discharging their mandatory duties with reasonable diligence.

169.   A public employee may not be held liable for injuries or damages, if any, caused by failure to adopt or by adoption of an enactment or by failure to enforce an enactment and/or law, for an injury caused by his issuance, denial, suspension or revocation or by his failure or refusal to issue, denies, suspend or revoke, any permit, license, certificate, approval, order, or similar authorization, where he is authorized by enactment to determine whether or not such authorization should be issued, denied, suspended or revoked, pursuant to Government Code §§ 818.2, 818.4, 818.8, 821 and

38

821.2.  Based thereon, each of the answering Defendant is immune from liability for any injuries claimed by Plaintiff, herein.

170.    This/these defendant(s) are immune for any detriment resulting from any of its actions or omissions at the time of the incident of which plaintiff complains pursuant to Government Code § 810 *et seq*., 815 *et seq*., 820 *et seq*., and 845 *et seq*., including, but not limited to, §§ 810, 810.2, 810.4, 810.6, 810.8, 811, 811.2, 811.4, 811.6, 811.8, 820.6, 820.8, 821, 821.2, 821.4, 821.6, 821.8, 822.2, 830.5, 830.6, 835.4, 844.6, and Government Code §§ 854, *et seq*., including, but not limited to, §§ 845.6, 854.6, 854.8(a)(2), and §§ 855.4, 855.6, 855.8 and 856.4.

## **EIGHTH AFFIRMATIVE DEFENSE**

### **(Public Entity Immunity)**

171.    To the extent that the Complaint attempts to predicate liability upon any public entity Defendant or any employees thereof for purported negligence in retention, hiring, employment, training, or supervision of any public employee, such liability is barred by Government Code sections 815.2 and 820.2 and *Herndon v. County of Marin* (1972) 25 Cal. App. 3d 933, 935, 936, *rev'd on other grounds by Sullivan v. County of Los Angeles* (1974) 12 Cal.3d 710; and by the lack of any duty running to any Plaintiff's; by the fact that any such purported act or omission is governed exclusively by statute and is outside the purview of any public employees' authority; and by the failure of any such acts or omissions to be the proximate or legal cause of any injury alleged in the Complaint. *See de Villers v. County of San Diego*, 156 Cal.App.4th 238, 251-253, 255-256 (2007).

172.    This Defendant may not be held liable on a *respondeat superior* theory for any negligent or wrongful act or omission on the part of any subordinate.  Cal. Government Code §§ 844.6, 845.6; Cal. Civil Code § 2351; *Malloy v. Fong* (1951) 37 Cal.2d 356, 378-379; *Monell v. Department of Social Services of the City of New York* (1978) 436 U.S. 658; *Larez v. City of Los Angeles* (9th Cir. 1991) 946 F.2d 630, 645-646; *cf. City of Canton v. Harris*, 489 U.S. 378, 388-389 (1989); *City of Los*

39

Manning&Kass

Ellrod, Ramirez, Trester LLP
_Attorneys at Law_

1 | *Angeles v. Heller*, 475 U.S. 796 (1986).

2 | ### NINTH AFFIRMATIVE DEFENSE

3 | ### (Qualified Immunity & Good Faith Immunity)

4 |     173.  Defendant and their agents or officers at all times relevant to this action

5 | acted reasonably and prudently under the circumstances.  Defendant therefore assert

6 | the individual Defendant' Qualified Immunity from liability to the fullest extent

7 | applicable.

8 |     174.  Defendant(s) is/are immune from liability under the Federal Civil Rights

9 | Act because they acted in good faith with an honest and reasonable belief that their

10 | actions were necessary and appropriate.  Defendant(s) is/are immune from liability

11 | under the Federal Civil Rights Act because a reasonable police officer could believe

12 | that their acts and conduct were appropriate.  Defendant(s) is/are immune from

13 | liability under the Federal Civil Rights Act because their conduct did not violate

14 | clearly established rights.  Defendant(s) is/are also immune from liability under the

15 | doctrine of Qualified Immunity.

16 |     175.  At all relevant times, Defendant acted within the scope of discretion,

17 | with due care, and good faith fulfillment of responsibilities pursuant to applicable

18 | statutes, rules and regulation, within the bounds of reason, and with the good faith

19 | belief that their actions comported with all applicable federal and state laws.  *Harlow*

20 | *v. Fitzgerald* (1982) 457 U.S. 800; Cal Gov. Code §§ 815.2 and 820.2.

21 | ### TENTH AFFIRMATIVE DEFENSE

22 | ### (Assumption of Risk)

23 |     176.  At the time and place referred to in the FAC, and before such event,

24 | Plaintiff's decedent knew, appreciated, and understood each and every risk involved

25 | in placing himself in the position which plaintiff then assumed, and willingly,

26 | knowingly and voluntarily assumed each of such risks, including, but not limited to,

27 | the risk of suffering personal bodily injury, lawful deprivation of right(s), or death.

28 |

**ANSWER OF DEFENDANT TO PLAINTIFF'S FIRST AMENDED COMPLAINT: DEMAND FOR JURY TRIAL**

## **JURY DEMAND**

177.   Defendant demands a trial by jury as to each issue triable by jury.

## **PRAYER FOR RELIEF**

WHEREFORE, the answering Defendant(s) pray as follows:

1.   That Plaintiff takes nothing by this action;

2.   That Defendant be awarded attorneys' fees and costs of this suit and costs of proof; and

3.   That Defendant be awarded such other relief as the Court deems just.

DATED:  March 11, 2021          **MANNING & KASS**
                               **ELLROD, RAMIREZ, TRESTER LLP**


                               By:  _____/s/ Joseph A. Gordon_____
                                    Eugene P. Ramirez
                                    Tony M. Sain
                                    Joseph A. Gordon
                                    Attorneys for Defendant
                                    COUNTY OF RIVERSIDE

**ANSWER OF DEFENDANT TO PLAINTIFF'S FIRST AMENDED COMPLAINT: DEMAND FOR JURY TRIAL**