1  Eugene P. Ramirez (State Bar No. 134865)
    *epr@manningllp.com*
2  Tony M. Sain (State Bar No. 251626)
    tms@manningllp.com
3  Joseph A. Gordon (State Bar No. 314564)
    jag@manningllp.com
4  **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER LLP**
5  801 S. Figueroa St, 15th Floor
   Los Angeles, California 90017-3012
6  Telephone: (213) 624-6900
   Facsimile: (213) 624-6999
7
8  Attorneys for Defendants, COUNTY OF
   RIVERSIDE, SCOTTY SPYKSTRA,
9  PAUL FERRARI, JEFFERY HORNER,
   ROBERT MONTANEZ, and TRAVIS
10 COSPER

11

12                **UNITED STATES DISTRICT COURT**

13                **CENTRAL DISTRICT OF CALIFORNIA**

14

| | |
|---|---|
| 15 MARIA LOWRIE, Individually, and as Successor in Interest to ERNIE SERRANO | Case No. 5:20-cv-02651-JWH-KK |
| 16 | *[The Hon. John W. Holcomb]* |
| 17 Plaintiff, | **ANSWER OF DEFENDANTS TO PLAINTIFF'S FIRST AMENDED COMPLAINT: DEMAND FOR JURY TRIAL** |
| v. | |
| 18 COUNTY OF RIVERSIDE, a legal subdivision of the State of California; | |
| 19 SCOTT SPYKSTRA, an individual, PAUL FERRARI, an individual, | Complaint Filed:      1/14/2021 |
| 20 JEFFERY HORNER, an individual, ROBERT MONTANEZ, an individual, | Trial Date:      Not Yet Set |
| 21 TRAVIS COSPER, an individual,: DOE DEPUTIES 6-10, individually; | |
| 22 STATER BROS. MARKETS, a California Corporation DOE | |
| 23 SECURITY COMPANY, an entity, and DOES 11-15 inclusive,, | |
| 24 | |
| 25 Defendant. | |

26

27 ///

28 ///

                              1

Defendants COUNTY OF RIVERSIDE ("County"), SCOTTY SPYKSTRA, PAUL FERRARI, JEFFERY HORNER, ROBERT MONTANEZ, and TRAVIS COSPER (collectively "Defendants") hereby Answer plaintiff MARIA LOWRIE's Second Amended Complaint on file herein (filed July 29, 2021 and herein after as "SAC") and Defendants hereby admit, deny and allege as follows:

1.      Answering paragraph one of the SAC under the header "Complaint for Damages" at the present, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

2.      Answering paragraph 2 of the SAC under the header "Complaint for Damages," at the present, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

3.      Answering paragraph 3 of the SAC, under the header "Parties": Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

4.      Answering paragraph 4 of the SAC, under the header "Parties": Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation contained therein.

5.      Answering paragraph 5 of the SAC, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as

2

1  stated, and on those grounds deny generally and specifically each and every of the
2  remaining allegations contained therein – and Defendants deny all liability and/or
3  wrongdoing.

4       6.    Answering paragraph 6 of the SAC, under the header "Parties":
5  Defendants admit that the County is a public entity organized under the laws of the
6  State of California.  As to the remaining allegations in this paragraph, at present,
7  Defendants do not have sufficient knowledge, or information or belief, to enable
8  Defendants to answer the remaining allegations contained within such paragraph, as
9  stated, and on those grounds deny generally and specifically each and every of the
10  remaining allegations contained therein – and Defendants deny all liability and/or
11  wrongdoing.

12       7.    Answering paragraph 7 of the SAC, under the header "Parties":
13  Defendants do not have sufficient knowledge, or information or belief, to enable
14  Defendants to answer the remaining allegations contained within such paragraph, as
15  stated, and on those grounds deny generally and specifically each and every of the
16  remaining allegations contained therein – and Defendants deny all liability and/or
17  wrongdoing.

18       8.    Answering paragraph 8 of the SAC, under the header "Parties":
19  Defendants do not have sufficient knowledge, or information or belief, to enable
20  Defendants to answer the remaining allegations contained within such paragraph, as
21  stated, and on those grounds deny generally and specifically each and every of the
22  remaining allegations contained therein – and Defendants deny all liability and/or
23  wrongdoing.

24       9.    Answering paragraph 9 of the SAC, under the header "Parties":
25  Defendants do not have sufficient knowledge, or information or belief, to enable
26  Defendants to answer the remaining allegations contained within such paragraph, as
27  stated, and on those grounds deny generally and specifically each and every of the
28  remaining allegations contained therein – and Defendants deny all liability and/or

ANSWER OF DEFENDANTS TO PLAINTIFF'S SECOND AMENDED COMPLAINT: DEMAND FOR
JURY TRIAL

1  wrongdoing.

2      10.    Answering paragraph 10 of the SAC, under the header "Parties":

3  Defendants do not have sufficient knowledge, or information or belief, to enable

4  Defendants to answer the remaining allegations contained within such paragraph, as

5  stated, and on those grounds deny generally and specifically each and every of the

6  remaining allegations contained therein – and Defendants deny all liability and/or

7  wrongdoing.

8      11.    Answering paragraph 11 of the SAC, under the header "Parties":

9  Defendants do not have sufficient knowledge, or information or belief, to enable

10  Defendants to answer the remaining allegations contained within such paragraph, as

11  stated, and on those grounds deny generally and specifically each and every of the

12  remaining allegations contained therein – and Defendants deny all liability and/or

13  wrongdoing.

14      12.    Answering paragraph 12 of the SAC, under the header "Parties":

15  Defendants do not have sufficient knowledge, or information or belief, to enable

16  Defendants to answer the remaining allegations contained within such paragraph, as

17  stated, and on those grounds deny generally and specifically each and every of the

18  remaining allegations contained therein – and Defendants deny all liability and/or

19  wrongdoing.

20      13.    Answering paragraph 13 of the SAC, under the header "Parties":

21  Defendants do not have sufficient knowledge, or information or belief, to enable

22  Defendants to answer the remaining allegations contained within such paragraph, as

23  stated, and on those grounds deny generally and specifically each and every of the

24  remaining allegations contained therein – and Defendants deny all liability and/or

25  wrongdoing.

26      14.    Answering paragraph 14 of the SAC, under the header "Parties":

27  Defendants do not have sufficient knowledge, or information or belief, to enable

28  Defendants to answer the remaining allegations contained within such paragraph, as

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

4

stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

15.   Answering paragraph 15 of the SAC, under the header "Parties": this paragraph does not contain any actual allegations against answering Defendant and for that reason this paragraph remains unanswered.

16.   Answering paragraph 16 of the SAC, under the header "Jurisdiction and Venue": Defendants admit that jurisdiction is vested in this Court under 28 U.S.C. § 1331 and 28 U.S.C. § 1367.

17.   Defendants admit that venue is proper under 28 U.S.C. § 1391(b).

18   Answering paragraph 18 of the SAC, under the header "Factual Allegations": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

19   Answering paragraph 19 of the SAC, under the header "Factual Allegations": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

20   Answering paragraph 20 of the SAC, under the header "Factual Allegations": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as

ANSWER OF DEFENDANTS TO PLAINTIFF'S SECOND AMENDED COMPLAINT: DEMAND FOR JURY TRIAL

1   stated, and on those grounds deny generally and specifically each and every of the
2   remaining allegations contained therein – and Defendants deny all liability and/or
3   wrongdoing.

4         21    Answering paragraph 21 of the SAC, under the header "Factual
5   Allegations": Defendants deny all of the allegations in this paragraph, as phrased.
6   Defendants do not have sufficient knowledge, or information or belief, to enable
7   Defendants to answer the remaining allegations contained within such paragraph, as
8   stated, and on those grounds deny generally and specifically each and every of the
9   remaining allegations contained therein – and Defendants deny all liability and/or
10  wrongdoing.

11        22    Answering paragraph 22 of the SAC, under the header "Factual
12  Allegations": Defendants deny all of the allegations in this paragraph, as phrased.
13  Defendants do not have sufficient knowledge, or information or belief, to enable
14  Defendants to answer the remaining allegations contained within such paragraph, as
15  stated, and on those grounds deny generally and specifically each and every of the
16  remaining allegations contained therein – and Defendants deny all liability and/or
17  wrongdoing.

18        23    Answering paragraph 23 of the SAC, under the header "Factual
19  Allegations": Defendants deny all of the allegations in this paragraph, as phrased.
20  Defendants do not have sufficient knowledge, or information or belief, to enable
21  Defendants to answer the remaining allegations contained within such paragraph, as
22  stated, and on those grounds deny generally and specifically each and every of the
23  remaining allegations contained therein – and Defendants deny all liability and/or
24  wrongdoing.

25        24    Answering paragraph 24 of the SAC, under the header "Factual
26  Allegations": Defendants deny all of the allegations in this paragraph, as phrased.
27  Defendants do not have sufficient knowledge, or information or belief, to enable
28  Defendants to answer the remaining allegations contained within such paragraph, as

ANSWER OF DEFENDANTS TO PLAINTIFF'S SECOND AMENDED COMPLAINT: DEMAND FOR
JURY TRIAL

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

25    Answering paragraph 25 of the SAC, under the header "Factual Allegations": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

26    Answering paragraph 26 of the SAC, under the header "Factual Allegations": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

27    Answering paragraph 27 of the SAC, under the header "Factual Allegations": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

28    Answering paragraph 28 of the SAC, under the header "Factual Allegations": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

7

1   stated, and on those grounds deny generally and specifically each and every of the

2   remaining allegations contained therein – and Defendants deny all liability and/or

3   wrongdoing.

4          29     Answering paragraph 29 of the SAC, under the header "Factual

5   Allegations": Defendants deny all of the allegations in this paragraph, as phrased.

6   Defendants do not have sufficient knowledge, or information or belief, to enable

7   Defendants to answer the remaining allegations contained within such paragraph, as

8   stated, and on those grounds deny generally and specifically each and every of the

9   remaining allegations contained therein – and Defendants deny all liability and/or

10  wrongdoing.

11         30     Answering paragraph 30 of the SAC, under the header "Factual

12  Allegations": Defendants deny all of the allegations in this paragraph, as phrased.

13  Defendants do not have sufficient knowledge, or information or belief, to enable

14  Defendants to answer the remaining allegations contained within such paragraph, as

15  stated, and on those grounds deny generally and specifically each and every of the

16  remaining allegations contained therein – and Defendants deny all liability and/or

17  wrongdoing.

18         31     Answering paragraph 31 of the SAC, under the header "Factual

19  Allegations": Defendants deny all of the allegations in this paragraph, as phrased.

20  Defendants do not have sufficient knowledge, or information or belief, to enable

21  Defendants to answer the remaining allegations contained within such paragraph, as

22  stated, and on those grounds deny generally and specifically each and every of the

23  remaining allegations contained therein – and Defendants deny all liability and/or

24  wrongdoing.

25         32     Answering paragraph 32 of the SAC, under the header "Factual

26  Allegations": Defendants deny all of the allegations in this paragraph, as phrased.

27  Defendants do not have sufficient knowledge, or information or belief, to enable

28  Defendants to answer the remaining allegations contained within such paragraph, as

**ANSWER OF DEFENDANTS TO PLAINTIFF'S SECOND AMENDED COMPLAINT: DEMAND FOR JURY TRIAL**

1  stated, and on those grounds deny generally and specifically each and every of the
2  remaining allegations contained therein – and Defendants deny all liability and/or
3  wrongdoing.

4          33     Answering paragraph 33 of the SAC, under the header "Factual
5  Allegations": Defendants deny all of the allegations in this paragraph, as phrased.
6  Defendants do not have sufficient knowledge, or information or belief, to enable
7  Defendants to answer the remaining allegations contained within such paragraph, as
8  stated, and on those grounds deny generally and specifically each and every of the
9  remaining allegations contained therein – and Defendants deny all liability and/or
10 wrongdoing.

11         34     Answering paragraph 34 of the SAC, under the header "Factual
12 Allegations": Defendants deny all of the allegations in this paragraph, as phrased.
13 Defendants do not have sufficient knowledge, or information or belief, to enable
14 Defendants to answer the remaining allegations contained within such paragraph, as
15 stated, and on those grounds deny generally and specifically each and every of the
16 remaining allegations contained therein – and Defendants deny all liability and/or
17 wrongdoing.

18         35     Answering paragraph 35 of the SAC, under the header "Factual
19 Allegations": Defendants deny all of the allegations in this paragraph, as phrased.
20 Defendants do not have sufficient knowledge, or information or belief, to enable
21 Defendants to answer the remaining allegations contained within such paragraph, as
22 stated, and on those grounds deny generally and specifically each and every of the
23 remaining allegations contained therein – and Defendants deny all liability and/or
24 wrongdoing.

25         36     Answering paragraph 36 of the SAC, under the header "Factual
26 Allegations": Defendants deny all of the allegations in this paragraph, as phrased.
27 Defendants do not have sufficient knowledge, or information or belief, to enable
28 Defendants to answer the remaining allegations contained within such paragraph, as

9

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

37   Answering paragraph 37 of the SAC, under the header "Factual Allegations": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

38   Answering paragraph 38 of the SAC, under the header "Factual Allegations": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

39   Answering paragraph 39 of the SAC, under the header "Factual Allegations": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

40   Answering paragraph 40 of the SAC, under the header "Factual Allegations": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as

ANSWER OF DEFENDANTS TO PLAINTIFF'S SECOND AMENDED COMPLAINT: DEMAND FOR JURY TRIAL

stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

41      Answering paragraph 41 of the SAC, under the header "Factual Allegations": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

42      Answering paragraph 42 of the SAC, under the header "Factual Allegations": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

43      Answering paragraph 43 of the SAC, under the header "Factual Allegations": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

44      Answering paragraph 44 of the SAC, under the header "Factual Allegations": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as

ANSWER OF DEFENDANTS TO PLAINTIFF'S SECOND AMENDED COMPLAINT: DEMAND FOR JURY TRIAL

stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

45    Answering paragraph 45 of the SAC, under the header "First Claim for Relief": Defendants repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 44, inclusive, of the SAC.

46    Answering paragraph 46 of the SAC, under the header "First Claim for Relief": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

47    Answering paragraph 47 of the SAC, under the header "First Claim for Relief": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

48    Answering paragraph 48 of the SAC, under the header "First Claim for Relief": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

**ANSWER OF DEFENDANTS TO PLAINTIFF'S SECOND AMENDED COMPLAINT: DEMAND FOR JURY TRIAL**

49     Answering paragraph 49 of the SAC, under the header "First Claim for Relief": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

50     Answering paragraph 50 of the SAC, under the header "First Claim for Relief": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

51     Answering paragraph 51 of the SAC, under the header "First Claim for Relief": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

52     Answering paragraph 52 of the SAC, under the header "First Claim for Relief": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

53      Answering paragraph 53 of the SAC, under the header "First Claim for Relief": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

54      Answering paragraph 54 of the SAC, under the header "First Claim for Relief": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

55      Answering paragraph 55 of the SAC, under the header "First Claim for Relief": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

56      Answering paragraph 56 of the SAC, under the header "First Claim for Relief": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

14

57     Answering paragraph 57 of the SAC, under the header "Second Claim for Relief": Defendants repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 56, inclusive, of the SAC.

58     Answering paragraph 58 of the SAC, under the header "Second Claim for Relief": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

59     Answering paragraph 59 of the SAC, under the header "Second Claim for Relief": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

60     Answering paragraph 60 of the SAC, under the header "Second Claim for Relief": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

61     Answering paragraph 61 of the SAC, under the header "Second Claim for Relief": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable

15

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

62   Answering paragraph 62 of the SAC, under the header "Second Claim for Relief": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

63   Answering paragraph 63 of the SAC, under the header "Second Claim for Relief": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

64   Answering paragraph 64 of the SAC, under the header "Second Claim for Relief": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

65   Answering paragraph 65 of the SAC, under the header "Second Claim for Relief": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable

ANSWER OF DEFENDANTS TO PLAINTIFF'S SECOND AMENDED COMPLAINT: DEMAND FOR JURY TRIAL

Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

66   Answering paragraph 66 of the SAC, under the header "Third Claim for Relief": Defendants repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 65, inclusive, of the SAC.

67   Answering paragraph 67 of the SAC, under the header "Third Claim for Relief": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

68   Answering paragraph 68 of the SAC, under the header "Third Claim for Relief": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

69   Answering paragraph 69 of the SAC, under the header "Third Claim for Relief": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or

17

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

wrongdoing.

70     Answering paragraph 70 of the SAC, under the header "Third Claim for Relief": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

71     Answering paragraph 71 of the SAC, under the header "Third Claim for Relief": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

72     Answering paragraph 72 of the SAC, under the header "Third Claim for Relief": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

73     Answering paragraph 73 of the SAC, under the header "Fourth Claim for Relief": Defendants repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 72, inclusive, of the SAC.

74     Answering paragraph 74 of the SAC, under the header "Fourth Claim for Relief": Defendants deny all of the allegations in this paragraph, as phrased.

18

Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

75     Answering paragraph 75 of the SAC, under the header "Fourth Claim for Relief": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

76     Answering paragraph 76 of the SAC, under the header "Fourth Claim for Relief": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

77     Answering paragraph 77 of the SAC, under the header "Fourth Claim for Relief": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

78     Answering paragraph 78 of the SAC, under the header "Fourth Claim for Relief": Defendants deny all of the allegations in this paragraph, as phrased.

19

Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

79     Answering paragraph 79 of the SAC, under the header "Fourth Claim for Relief": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

80     Answering paragraph 80 of the SAC, under the header "Fourth Claim for Relief": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

81     Answering paragraph 81 of the SAC, under the header "Fifth Claim for Relief": Defendants repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 80, inclusive, of the SAC.

82     Answering paragraph 82 of the SAC, under the header "Fifth Claim for Relief": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the

remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

83      Answering paragraph 83 of the SAC, under the header "Fifth Claim for Relief": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

84      Answering paragraph 84 of the SAC, under the header "Fifth Claim for Relief": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

85      Answering paragraph 85 of the SAC, under the header "Fifth Claim for Relief": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

86      Answering paragraph 86 of the SAC, under the header "Fifth Claim for Relief": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the

remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

87     Answering paragraph 87 of the SAC, under the header "Fifth Claim for Relief": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

88     Answering paragraph 88 of the SAC, under the header "Fifth Claim for Relief": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

89     Answering paragraph 89 of the SAC, under the header "Fifth Claim for Relief": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

90     Answering paragraph 90 of the SAC, under the header "Fifth Claim for Relief": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the

remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

91      Answering paragraph 91 of the SAC, under the header "Sixth Claim for Relief": Defendants repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 90, inclusive, of the SAC.

92      Answering paragraph 92 of the SAC, under the header "Sixth Claim for Relief": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

93      Answering paragraph 93 of the SAC, under the header "Sixth Claim for Relief": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

94      Answering paragraph 94 of the SAC, under the header "Sixth Claim for Relief": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

95      Answering paragraph 95 of the SAC, under the header "Sixth Claim for

ANSWER OF DEFENDANTS TO PLAINTIFF'S SECOND AMENDED COMPLAINT: DEMAND FOR JURY TRIAL

Relief": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

96      Answering paragraph 96 of the SAC, under the header "Sixth Claim for Relief": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

97      Answering paragraph 97 of the SAC, under the header "Sixth Claim for Relief": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

98      Answering paragraph 98 of the SAC, under the header "Sixth Claim for Relief": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

99      Answering paragraph 99 of the SAC, under the header "Sixth Claim for

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

Relief": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

100    Answering paragraph 100 of the SAC, under the header "Sixth Claim for Relief": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

101    Answering paragraph 101 of the SAC, under the header "Sixth Claim for Relief": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

102    Answering paragraph 102 of the SAC, under the header "Seventh Claim for Relief": Defendants repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 101, inclusive, of the SAC.

103    Answering paragraph 103 of the SAC, under the header "Seventh Claim for Relief": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as

25

1    stated, and on those grounds deny generally and specifically each and every of the

2    remaining allegations contained therein – and Defendants deny all liability and/or

3    wrongdoing.

4        104   Answering paragraph 104 of the SAC, under the header "Seventh Claim

5    for Relief": Defendants deny all of the allegations in this paragraph, as phrased.

6    Defendants do not have sufficient knowledge, or information or belief, to enable

7    Defendants to answer the remaining allegations contained within such paragraph, as

8    stated, and on those grounds deny generally and specifically each and every of the

9    remaining allegations contained therein – and Defendants deny all liability and/or

10   wrongdoing.

11       105   Answering paragraph 105 of the SAC, under the header "Seventh Claim

12   for Relief": Defendants deny all of the allegations in this paragraph, as phrased.

13   Defendants do not have sufficient knowledge, or information or belief, to enable

14   Defendants to answer the remaining allegations contained within such paragraph, as

15   stated, and on those grounds deny generally and specifically each and every of the

16   remaining allegations contained therein – and Defendants deny all liability and/or

17   wrongdoing.

18       106   Answering paragraph 106 of the SAC, under the header "Seventh Claim

19   for Relief": Defendants deny all of the allegations in this paragraph, as phrased.

20   Defendants do not have sufficient knowledge, or information or belief, to enable

21   Defendants to answer the remaining allegations contained within such paragraph, as

22   stated, and on those grounds deny generally and specifically each and every of the

23   remaining allegations contained therein – and Defendants deny all liability and/or

24   wrongdoing.

25       107   Answering paragraph 107 of the SAC, under the header "Seventh Claim

26   for Relief": Defendants deny all of the allegations in this paragraph, as phrased.

27   Defendants do not have sufficient knowledge, or information or belief, to enable

28   Defendants to answer the remaining allegations contained within such paragraph, as

26

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

108    Answering paragraph 108 of the SAC, under the header "Seventh Claim for Relief": this paragraph does not contain any actual allegations against Defendant County and for that reason this paragraph remains unanswered.

109    Answering paragraph 109 of the SAC, under the header "Seventh Claim for Relief": this paragraph does not contain any Actual allegations against Defendant County and for that reason this paragraph remains unanswered.

110    Answering paragraph 110 of the SAC, under the header "Seventh Claim for Relief": this paragraph does not contain any Actual allegations against Defendant County and for that reason this paragraph remains unanswered.

111    Answering paragraph 111 of the SAC, under the header "Seventh Claim for Relief": this paragraph does not contain any Actual allegations against Defendant County and for that reason this paragraph remains unanswered.

112    Answering paragraph 112 of the SAC, under the header "Seventh Claim for Relief": this paragraph does not contain any Actual allegations against Defendant County and for that reason this paragraph remains unanswered.

113    Answering paragraph 113 of the SAC, under the header "Seventh Claim for Relief": this paragraph does not contain any Actual allegations against Defendant County and for that reason this paragraph remains unanswered.

114    Answering paragraph 114 of the SAC, under the header "Seventh Claim for Relief": this paragraph does not contain any Actual allegations against Defendant County and for that reason this paragraph remains unanswered.

115    Answering paragraph 115 of the SAC, under the header "Seventh Claim for Relief": this paragraph does not contain any Actual allegations against Defendant County and for that reason this paragraph remains unanswered.

116    Answering paragraph 116 of the SAC, under the header "Seventh Claim

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

for Relief": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

117  Answering paragraph 117 of the SAC, under the header "Seventh Claim for Relief": this paragraph does not contain any actual allegations against Defendant County and for that reason this paragraph remains unanswered.

118  Answering paragraph 118 of the SAC, under the header "Eighth Claim for Relief": Defendants repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 117, inclusive, of the SAC.

119  Answering paragraph 119 of the SAC, under the header "Eighth Claim for Relief": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

120  Answering paragraph 120 of the SAC, under the header "Eighth Claim for Relief": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

121  Answering paragraph 121 of the SAC, under the header "Eighth Claim

28

for Relief": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

122   Answering paragraph 122 of the SAC, under the header "Eighth Claim for Relief": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

123   Answering paragraph 123 of the SAC, under the header "Eighth Claim for Relief": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

124   Answering paragraph 124 of the SAC, under the header "Eighth Claim for Relief": this paragraph does not contain any actual allegations against Defendant County and for that reason this paragraph remains unanswered.

125   Answering paragraph 125 of the SAC, under the header "Eighth Claim for Relief": this paragraph does not contain any actual allegations against Defendant County and for that reason this paragraph remains unanswered.

126   Answering paragraph 126 of the SAC, under the header "Eighth Claim for Relief": this paragraph does not contain any actual allegations against Defendant

**ANSWER OF DEFENDANTS TO PLAINTIFF'S SECOND AMENDED COMPLAINT: DEMAND FOR JURY TRIAL**

1    County and for that reason this paragraph remains unanswered.

2        127    Answering paragraph 127 of the SAC, under the header "Eighth Claim

3    for Relief": Defendants deny all of the allegations in this paragraph, as phrased.

4    Defendants do not have sufficient knowledge, or information or belief, to enable

5    Defendants to answer the remaining allegations contained within such paragraph, as

6    stated, and on those grounds deny generally and specifically each and every of the

7    remaining allegations contained therein – and Defendants deny all liability and/or

8    wrongdoing.

9        128    Answering paragraph 128 of the SAC, under the header "Eighth Claim

10   for Relief": Defendants deny all of the allegations in this paragraph, as phrased.

11   Defendants do not have sufficient knowledge, or information or belief, to enable

12   Defendants to answer the remaining allegations contained within such paragraph, as

13   stated, and on those grounds deny generally and specifically each and every of the

14   remaining allegations contained therein – and Defendants deny all liability and/or

15   wrongdoing.

16       129    Answering paragraph 129 of the SAC, under the header "Eighth Claim

17   for Relief": Defendants deny all of the allegations in this paragraph, as phrased.

18   Defendants do not have sufficient knowledge, or information or belief, to enable

19   Defendants to answer the remaining allegations contained within such paragraph, as

20   stated, and on those grounds deny generally and specifically each and every of the

21   remaining allegations contained therein – and Defendants deny all liability and/or

22   wrongdoing.

23       130    Answering paragraph 130 of the SAC, under the header "Eighth Claim

24   for Relief": Defendants deny all of the allegations in this paragraph, as phrased.

25   Defendants do not have sufficient knowledge, or information or belief, to enable

26   Defendants to answer the remaining allegations contained within such paragraph, as

27   stated, and on those grounds deny generally and specifically each and every of the

28   remaining allegations contained therein – and Defendants deny all liability and/or

**ANSWER OF DEFENDANTS TO PLAINTIFF'S SECOND AMENDED COMPLAINT: DEMAND FOR JURY TRIAL**

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

1  wrongdoing.

2      131    Answering paragraph 131 of the SAC, under the header "Eighth Claim

3  for Relief": Defendants deny all of the allegations in this paragraph, as phrased.

4  Defendants do not have sufficient knowledge, or information or belief, to enable

5  Defendants to answer the remaining allegations contained within such paragraph, as

6  stated, and on those grounds deny generally and specifically each and every of the

7  remaining allegations contained therein – and Defendants deny all liability and/or

8  wrongdoing.

9      132    Answering paragraph 132 of the SAC, under the header "Ninth Claim

10 for Relief": Defendants repeat, reiterate, and re-allege all of the admissions and

11 denials contained in the foregoing Answer which are set forth to each and every

12 allegation contained in paragraphs 1 through 131, inclusive, of the SAC.

13     133    Answering paragraph 133 of the SAC, under the header "Ninth Claim

14 for Relief": Defendants deny all of the allegations in this paragraph, as phrased.

15 Defendants do not have sufficient knowledge, or information or belief, to enable

16 Defendants to answer the remaining allegations contained within such paragraph, as

17 stated, and on those grounds deny generally and specifically each and every of the

18 remaining allegations contained therein – and Defendants deny all liability and/or

19 wrongdoing.

20     134    Answering paragraph 134 of the SAC, under the header "Ninth Claim

21 for Relief": Defendants deny all of the allegations in this paragraph, as phrased.

22 Defendants do not have sufficient knowledge, or information or belief, to enable

23 Defendants to answer the remaining allegations contained within such paragraph, as

24 stated, and on those grounds deny generally and specifically each and every of the

25 remaining allegations contained therein – and Defendants deny all liability and/or

26 wrongdoing.

27     135    Answering paragraph 135 of the SAC, under the header "Ninth Claim

28 for Relief": Defendants deny all of the allegations in this paragraph, as phrased.

Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

136    Answering paragraph 136 of the SAC, under the header "Ninth Claim for Relief": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

137    Answering paragraph 137 of the SAC, under the header "Ninth Claim for Relief": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

138    Answering paragraph 138 of the SAC, under the header "Ninth Claim for Relief": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

139    Answering paragraph 139 of the SAC, under the header "Ninth Claim for Relief": Defendants deny all of the allegations in this paragraph, as phrased.

ANSWER OF DEFENDANTS TO PLAINTIFF'S SECOND AMENDED COMPLAINT: DEMAND FOR JURY TRIAL

Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

140     Answering paragraph 140 of the SAC, under the header "Ninth Claim for Relief": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

141     Answering paragraph 141 of the SAC, under the header "Ninth Claim for Relief": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

142     Answering paragraph 142 of the SAC, under the header "Ninth Claim for Relief": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

143     Answering paragraph 143 of the SAC, under the header "Ninth Claim for Relief": Defendants deny all of the allegations in this paragraph, as phrased.

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

144    Answering paragraph 144 of the SAC, under the header "Ninth Claim for Relief": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

145    Answering paragraph 145 of the SAC, under the header "Ninth Claim for Relief": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

146    Answering paragraph 146 of the SAC, under the header "Ninth Claim for Relief": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

147    Answering paragraph 147 of the SAC, under the header "Tenth Claim for Relief": Defendants repeat, reiterate, and re-allege all of the admissions and

ANSWER OF DEFENDANTS TO PLAINTIFF'S SECOND AMENDED COMPLAINT: DEMAND FOR JURY TRIAL

denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 146, inclusive, of the SAC.

148    Answering paragraph 148 of the SAC, under the header "Tenth Claim for Relief": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

149    Answering paragraph 149 of the SAC, under the header "Tenth Claim for Relief": this paragraph does not contain any actual allegations against Defendant County and for that reason this paragraph remains unanswered.

150    Answering paragraph 150 of the SAC, under the header "Tenth Claim for Relief": this paragraph does not contain any actual allegations against Defendant County and for that reason this paragraph remains unanswered.

151    Answering paragraph 151 of the SAC, under the header "Tenth Claim for Relief": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

152    Answering paragraph 152 of the SAC, under the header "Tenth Claim for Relief": Defendants deny all of the allegations in this paragraph, as phrased. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or

1  wrongdoing.

2      153   Answering paragraph 153 of the SAC, under the header "Tenth Claim

3  for Relief": Defendants deny all of the allegations in this paragraph, as phrased.

4  Defendants do not have sufficient knowledge, or information or belief, to enable

5  Defendants to answer the remaining allegations contained within such paragraph, as

6  stated, and on those grounds deny generally and specifically each and every of the

7  remaining allegations contained therein – and Defendants deny all liability and/or

8  wrongdoing.

9      154   Answering plaintiff's Prayer for Relief, Defendants deny all liability to

10 plaintiff, including, but not limited to, all liability for any and all damages, including,

11 but not limited to, compensatory damages; attorneys' fees; costs of any kind; punitive

12 damages against the individual Defendants; and/or for any relief of any kind from

13 Defendants to plaintiff.

14     155   To the extent plaintiff asserts any other claims or contentions not

15 specifically addressed herein above, Defendants generally and specifically deny each

16 and every remaining allegation and/or claim.

17                    **AFFIRMATIVE DEFENSES**

18     156.  As separate and affirmative defenses, Defendant allege as follows[1]:

19                 **FIRST AFFIRMATIVE DEFENSE**

20                      **(Failure to State Claim)**

21     157.  Plaintiff's SAC fails to state a claim upon which relief can be granted.

22     158.  Plaintiff's SAC also fails to state a claim against any defendant in this

23 action.

24                 **SECOND AFFIRMATIVE DEFENSE**

25                    **(Tort Claims Act Violation)**

26     159.  This action is barred by the Plaintiff's failure to comply with the

27

28 _____

[1] For purposes of the affirmative defenses, affirmative defenses that reference "plaintiff" shall also be construed to apply, wherever feasible, to plaintiff's decedent.

36

government tort claims presentation requirements, California Government Code § 900, *et seq.*, including but not limited to §§ 900, 900.4, 901, 905, 905.2, 910, 911, 911.2, 911.4, 945.4, 945.6, 946.6, 950.2, and 950.6, to the extent applicable.

160.   The Complaint is barred based on Plaintiff's failure to exhaust administrative remedies prior to filing this lawsuit.

## THIRD AFFIRMATIVE DEFENSE

### (Waiver, Estoppel, Unclean Hands)

161.   Defendants allege that Plaintiff's action is barred by reason of conduct, actions and inactions of Plaintiff's which amount to and constitute a waiver of any right Plaintiff's may or might have had in reference to the matters and things alleged in the Complaint, or that otherwise estop Plaintiff's from recovery in this action, including but not limited to the doctrine of unclean hands.

## FOURTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate Damages)

162.   Plaintiff's claims are barred or limited to the extent Plaintiff's failed to mitigate Plaintiff's injuries or damages, if there were any.  Plaintiff has failed to mitigate the damages, if any, which Plaintiff has sustained, and to exercise reasonable care to avoid the consequences of harms, if any, in that, among other things, Plaintiff has failed to use reasonable diligence in caring for any injuries, failed to use reasonable means to prevent aggravation of any injuries and failed to take reasonable precautions to reduce any injuries and damages.

## FIFTH AFFIRMATIVE DEFENSE

### (Contributory and/or Comparative Liability)

163.   Plaintiff's claims are barred or limited by Plaintiff and/or decedent's contributory/comparative negligence or other conduct, acts, or omissions, and to the extent any Plaintiff's suffered any injury or damages, it was the result of Plaintiff and/or decedent's own negligent or deliberate actions or omissions.

164.   Plaintiff's recovery is barred because any injury or damage suffered by

Plaintiff's decedent and/or to Plaintiff was caused solely by reason of the Plaintiff's decedent's wrongful acts and conduct and the willful resistance to a peace officer in the discharge their duties.  The conduct set forth in the SAC, if and to the extent it occurred, was privileged and justified and done with a good faith belief that it was correct and no action may be taken against the answering Defendant on account of such conduct.

## SIXTH AFFIRMATIVE DEFENSE

### (Public Entity/Employee Immunity for Others' Torts)

165.    Plaintiff's recovery is barred because public entities and employees are immune from liability for any injury caused by the act or omission of another person. Gov. Code §§ 815 *et seq.*, 820.2 *et seq.*

166.    These answering Defendants are informed and believe and thereon allege that if Plaintiff sustained any injury or damages, such injury or damages were solely caused or contributed to by the wrongful conduct of other Defendant and/or entities or persons other than the answering defendant.  To the extent that Plaintiff's damages were so caused, any recovery by Plaintiff as against the answering defendant should be subject to proportionately comparative equitable indemnity/contribution from such third parties.

## SEVENTH AFFIRMATIVE DEFENSE

### (Public Entity/Employee Immunity for Discretionary Acts)

167.    There is no liability for any injury or damages, if any there were, resulting from an exercise of discretion vested in a public employee, whether or not such discretion be abused.  Gov. Code § 815.2, 820.2, 820.4, 820.8, 820 *et seq*.

168.    Plaintiff's recovery is barred because public entities and employees are immune from liability for discharging their mandatory duties with reasonable diligence.

169.    A public employee may not be held liable for injuries or damages, if any, caused by failure to adopt or by adoption of an enactment or by failure to enforce an

38

enactment and/or law, for an injury caused by his issuance, denial, suspension or revocation or by his failure or refusal to issue, deny, suspend or revoke, any permit, license, certificate, approval, order, or similar authorization, where he is authorized by enactment to determine whether or not such authorization should be issued, denied, suspended or revoked, pursuant to Government Code §§ 818.2, 818.4, 818.8, 821 and 821.2.  Based thereon, each of the answering Defendants are immune from liability for any injuries claimed by Plaintiff, herein.

170.   These Defendants are immune for any detriment resulting from any of its actions or omissions at the time of the incident of which plaintiff complains pursuant to Government Code § 810 *et seq.*, 815 *et seq.*, 820 *et seq.*, and 845 *et seq.*, including, but not limited to, §§ 810, 810.2, 810.4, 810.6, 810.8, 811, 811.2, 811.4, 811.6, 811.8, 820.6, 820.8, 821, 821.2, 821.4, 821.6, 821.8, 822.2, 830.5, 830.6, 835.4, 844.6, and Government Code §§ 854, *et seq.*, including, but not limited to, §§ 845.6, 854.6, 854.8(a)(2), and §§ 855.4, 855.6, 855.8 and 856.4.

## EIGHTH AFFIRMATIVE DEFENSE
### (Public Entity Immunity)

171.   To the extent that the Complaint attempts to predicate liability upon any public entity Defendant or any employees thereof for purported negligence in retention, hiring, employment, training, or supervision of any public employee, such liability is barred by Government Code sections 815.2 and 820.2 and *Herndon v. County of Marin* (1972) 25 Cal. App. 3d 933, 935, 936, *rev'd on other grounds by Sullivan v. County of Los Angeles* (1974) 12 Cal.3d 710; and by the lack of any duty running to any Plaintiff's; by the fact that any such purported act or omission is governed exclusively by statute and is outside the purview of any public employees' authority; and by the failure of any such acts or omissions to be the proximate or legal cause of any injury alleged in the Complaint. *See de Villers v. County of San Diego*, 156 Cal.App.4th 238, 251-253, 255-256 (2007).

172.   This Defendant may not be held liable on a *respondeat superior* theory

39

for any negligent or wrongful act or omission on the part of any subordinate.  Cal. Government Code §§ 844.6, 845.6; Cal. Civil Code § 2351; *Malloy v. Fong* (1951) 37 Cal.2d 356, 378-379; *Monell v. Department of Social Services of the City of New York* (1978) 436 U.S. 658; *Larez v. City of Los Angeles* (9th Cir. 1991) 946 F.2d 630, 645-646; *cf. City of Canton v. Harris*, 489 U.S. 378, 388-389 (1989); *City of Los Angeles v. Heller*, 475 U.S. 796 (1986).

## NINTH AFFIRMATIVE DEFENSE

### (Qualified Immunity & Good Faith Immunity)

173.   Defendants and their agents or officers at all times relevant to this action acted reasonably and prudently under the circumstances.  Defendants therefore assert the individual Defendants' Qualified Immunity from liability to the fullest extent applicable.

174.   Defendants are immune from liability under the Federal Civil Rights Act because they acted in good faith with an honest and reasonable belief that their actions were necessary and appropriate.  Defendants are immune from liability under the Federal Civil Rights Act because a reasonable police officer could believe that their acts and conduct were appropriate.  Defendants are immune from liability under the Federal Civil Rights Act because their conduct did not violate clearly established rights.  Defendants are also immune from liability under the doctrine of Qualified Immunity.

175.   At all relevant times, Defendants acted within the scope of discretion, with due care, and good faith fulfillment of responsibilities pursuant to applicable statutes, rules and regulation, within the bounds of reason, and with the good faith belief that their actions comported with all applicable federal and state laws.  *Harlow v. Fitzgerald* (1982) 457 U.S. 800; Cal Gov. Code §§ 815.2 and 820.2.

## TENTH AFFIRMATIVE DEFENSE

### (Assumption of Risk)

176.   At the time and place referred to in the SAC, and before such event,

Manning & Kass
Ellrod, Ramirez, Trester LLP
Attorneys at Law

Plaintiff's decedent knew, appreciated, and understood each and every risk involved in placing himself in the position which plaintiff then assumed, and willingly, knowingly and voluntarily assumed each of such risks, including, but not limited to, the risk of suffering personal bodily injury, lawful deprivation of right(s), or death.

## JURY DEMAND

177.   Defendants demand a trial by jury as to each issue triable by jury.

## PRAYER FOR RELIEF

WHEREFORE, the answering Defendants pray as follows:

1.    That Plaintiff takes nothing by this action;

2.    That Defendants be awarded attorneys' fees and costs of this suit and costs of proof; and

3.    That Defendants be awarded such other relief as the Court deems just.

DATED:  August 20, 2021          **MANNING & KASS**
                                 **ELLROD, RAMIREZ, TRESTER LLP**


                                 By:      */s/ Joseph A. Gordon*
                                 _____
                                      Eugene P. Ramirez, Esq.
                                      Tony M. Sain, Esq.
                                      Joseph A. Gordon, Esq.
                                      Tori Bakken, Esq.
                                 Attorneys for Defendants, COUNTY OF
                                 RIVERSIDE, SCOTTY SPYKSTRA,
                                 PAUL FERRARI, JEFFERY HORNER,
                                 ROBERT MONTANEZ, and TRAVIS
                                 COSPER

41