NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

**Eugene P. Ramirez, Esq. (134865)**

**Tony M. Sain, Esq. (251626)**

**Joseph A. Gordon, Esq. (314564)**

**Manning & Kass, Ellrod, Ramirez, Trester LLP**

**801 So. Figueroa Street, 15th Floor**

**Los Angeles, CA 90017**

**P: 213-624-6900; F: 213-624-6999**

ATTORNEY(S) FOR:

Defendants County of Riverside etc., et al.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MARIA LOWRIE, an Individual, and as Successor in Interest to ERNIE SERRANO** Plaintiff(s), v. **COUNTY OF RIVERSIDE, a legal subdivision of the State of California, etc., et al.** Defendant(s) | CASE NUMBER: **5:20-CV-02651 JWH-KK** **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** **(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for **Defendants COUNTY OF RIVERSIDE etc., et al.** or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| **Maria Lowrie** | **Plaintiff** |
| **County of Riverside** | **Defendant** |
| **Corporal Scott Spykstra** | **Defendant** |
| **Deputy Jeffrey Horner** | **Defendant** |
| **Deputy Travis Cosper** | **Defendant** |
| **Deputy Paul Ferrari** | **Defendant** |
| **Deputy Robert Montanez** | **Defendant** |

August 30, 2021                /s/ Joseph A. Gordon

Date                             Signature

Attorney of record for (or name of party appearing in pro per):

**Defendants COUNTY OF RIVERSIDE etc., et al.**