Humberto M. Guizar, Esq., (SBN 125769)
  *hguizar@ghclegal.com*
Christian Contreras, Esq., (SBN 330269)
  *ccontreras@ghclegal.com*
**THE LAW OFFICES OF HUMBERTO GUIZAR**
**A PROFESSIONAL CORPORATION**
Justice X Building
3500 W. Beverly Blvd.,
Montebello, California 90640
Telephone: (323) 725-1151
Facsimile: (323) 597-0101

Stephen A. King, Esq., (SBN 224683)
  *sking@kingsjusticelaw.com*
**KINGS JUSTICE, LLC**
9401 Wilshire Blvd Ste. 608
Beverly Hills, CA 90212
Telephone: (323) 546-4529

Attorneys for Plaintiff,
MARIA LOWRIE, individually,
and as successor in interest to ERNIE SERRANO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LOWRIE, Individually, and as Successor in Interest to ERNIE SERRANO, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF RIVERSIDE, a legal subdivision of the State of California; DOE DEPUTIES 1-10, individually; STATER BROS. MARKETS, a California Corporation; DOE SECURITY COMPANY, an entity, and DOES 11-15, inclusive, <br><br> Defendants. | **CASE NO: 5:20-cv-02651-JWH-KK** <br> *[Hon. John W. Holcomb]* <br><br> **DECLARATION OF CHRISTIAN CONTRERAS IN SUPPORT OF PLAINTIFF'S MOTION TO DISMISS CASE PURSUANT TO FRCP 41(a)(2)** <br><br> **DATE:** January 28, 2022 <br> **TIME:** 9:00 a.m. <br> **CTRM:** 2 (Riverside) <br><br> Action Filed: December 24, 2020 <br> Trial Date: September 6, 2022 |

1
**DECLARATION OF CHRISTIAN CONTRERAS**

## DECLARATION OF CHRISTIAN CONTRERAS

I, Christian Contreras, declare as follows:

1. I am an attorney duly licensed to practice law before all courts in the State of California, a member of the Bar of this Court, and I am one attorneys for the Plaintiff, Maria Lowrie. I make the following declaration based on my personal knowledge and, if called to testify, can testify competently thereto.

2. I make this declaration in support of Plaintiff's motion to dismiss case pursuant to Fed. R. Civ. P. 41(a)(2).

3. On December 17, 2021, I, along with my co-counsel, Humberto Guizar met and conferred in person with counsel for Defendants, Tony Sain, with respect to Plaintiff's proposed stipulation to dismiss this action in order to proceed in state court only with state claims. Mr. Sain refused to stipulate to dismiss. Thereafter, pursuant to Local Rule 7-3, we met and conferred with respect to the instant motion. Based upon the refusal of counsel for Defendants to stipulate pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff moves this Court for dismissal pursuant to Fed. R. Civ. Proc. 41(a)(2) in order to proceed in state court with state claims only.

4. With respect to the procedural posture in this case, Defendants served their supplemental disclosures, which was the first type of substantive discovery which occurred in this case, on October 14, 2021. Defendants served their initial disclosures on May 18, 2021. However, no documents, photographs, or substantive discovered were produced. Defendants' supplemental disclosures served on October 14, 2021 contained the autopsy report of ERNIE SERRANO and other investigative reports. Attached hereto as Exhibit 1 is a true and correct copy of Defendants' Supplemental Disclosures, without the documents attached.

5. On December 17, 2021, counsel for Defendants emailed me and my co-counsel a proposed stipulation to continue all dates. Counsel for Defendants stated in part, "[d]ue to numerous delays, as laid out in the attached stip, we believe a continuance of dates/deadlines is warranted in this case and would be of benefit to

all parties. Please review the attached stipulation to modify the scheduling order and advise if you are agreeable to the same." Attached hereto as Exhibit 2 is a true and correct copy the December 17, 2021 cover email. Attached hereto as Exhibit 3 is a true and correct copy of the proposed stipulation to continue all dates.

6. On December 17, 2021, the deposition of medical examiner Dr. Mark A. Fajardo was taken the first deposition in this matter was taken.

7. There have been no other depositions taken aside from Dr. Mark A. Fajardo's deposition and there are no current pending dispositive motions.

8. Finally, attached hereto as Exhibit 1 is a true and correct copy of this Court May 14, 2021 civil trial scheduling order in this matter. (Dkt. 31).

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct to the best of my knowledge and recollection.

Executed on December 26, 2021, at Los Angeles, California.

_____
Christian Contreras