1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# **EXHIBIT 1**

Eugene P. Ramirez (State Bar No. 134865)
 epr@manningllp.com
Tony M. Sain (State Bar No. 251626)
 tms@manningllp.com
Joseph Gordon (State Bar No. 314564)
 jag@manningllp.com
Tori Bakken (State Bar No. 329069)
 txb@manningllp.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant,
COUNTY OF RIVERSIDE

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| MARIA LOWRIE, Individually, and as Successor in Interest to ERNIE SERRANO,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF RIVERSIDE, a legal subdivision of the State of California; SCOTT SPYKSTRA, an individual; PAUL FERRARI, an individual; JEFFERY HORNER, an individual; ROBERT MONTANEZ, an individual; TRAVIS COSPER, an individual; CORPORATE ALLIANCE STRATEGIES, an entity, and DOES 6-15, inclusive,<br><br>Defendants. | Case No. 5:20-CV-02651-JWH-KK<br>[*Hon. John W. Holcomb, D. Judge;*<br>*Hon. Kenly Kiya Kato, Magistrate J.*]<br><br>**DEFENDANT COUNTY OF RIVERSIDE'S SUPPLEMENTAL DISCLOSURES PUSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 26(A)(1)** |

Defendant COUNTY OF RIVERSIDE hereby provides these **supplemental disclosures** as required pursuant to Federal Rule of Civil Procedure 26(a)(1).

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

1.   **POTENTIAL WITNESSES**.

Defendant is informed and believes that the following list represents the last known names, addresses, and telephone numbers of individuals likely to have discoverable information relevant to the disputed facts alleged with particularity in the pleadings and identifying the subjects of the information, to the extent known to defendants at present.  Defendant reserves the right to amend and/or supplement these disclosures as discovery is ongoing.

| NO | NAME | ADDRESS | TELEPHONE | SUBJECT OF KNOWLEDGE |
|---|---|---|---|---|
| 1. | **Deputy Lucero Alcala \*** | Contact through Defense Counsel | Contact through Defense Counsel | Responding Deputy to **12/14/20** incident.  Searched Serrano after he was taken into custody. |
| 2. | **Gabriel Burrola** DOB: 01/21/03 | 5665 Rio Road, Riverside, California 92509 | 951-927- 0026 | Clerk at Stater Bros. **12/15/2020**. Witness to Serrano conduct at store; security struggles and security UOF; deputy UOF (baton). |
| 3. | **B. Calderwood, AMR Paramedic** | 817 Marlborough Ave, Jurupa Valley, California 92509 | 951-774-0291 | Treated Mr. Serrano on **12/14/20**. |
| 4. | **DA Investigator Campos \*** | 3960 Orange Street Riverside, CA 92501 | 951 955 5400 | Interviewed the involved deputies at the conclusion of the **12/15/20** incident. |
| 5. | **Deputy** | Contact through | Contact | Responding deputy |

**DEFENDANT'S SUPPLEMENTAL DISCLOSURES**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26**

| NO | NAME | ADDRESS | TELEPHONE | SUBJECT OF KNOWLEDGE |
|---|---|---|---|---|
| | **Travis Cosper** * | Defense Counsel | through Defense Counsel | to the **12/14/2**0 incident and assisted in taking Serrano into custody.<br><br>Responded to the **12/15/20** incident. Assisted with placing the spit mask on Serrano. Responded to the December 15, 2020 incident. Assisted with placing the spit mask on Mr. Serrano. |
| 6. | **Jaylena Marie Cuevas**<br><br>DOB: 04/16/00 | 11333 Nuevo Circle Fontana, California 92337 | 760-508-8043 | Clerk at Stater Brothers Market. On **12/15/20**. She saw. Security tell. Serrano to leave the market.<br><br>Recorded incident through store windows. |
| 7. | **Rex Mauritz Engstrom** | 13036 Pawnee Dr. Moreno Valley, California 92555 | 951-208-4878 | Stater Bros. Security. **12/15/2020**. Asked Serrano to leave multiple times. Fought with him prior to arrival of Deputies. Left the store after deputies arrived. |

**DEFENDANT'S SUPPLEMENTAL DISCLOSURES
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26**

| NO | NAME | ADDRESS | TELEPHONE | SUBJECT OF KNOWLEDGE |
|---|---|---|---|---|
| 8. | **Deputy Paul Ferrari \*** | Contact through Defense Counsel | Contact through Defense Counsel | Responding deputy to the **12/15/20** subject incident. Struck Serrano with a baton in the attempt to subdue Serrano. Deputy Ferrari helped to restrain and handcuff Serrano. |
| 9. | **Sonya Garcia** | 5571 Mission Blvd. Jurupa Valley, California 92509 | 909-645-5150 | Stater Bros Manager. **12/15/2020**. Saw Serrano's disruptive behavior and told him to leave. Overheard Serrano say he "had Covid". Suspected Serrano was on drugs. Saw security grappling and pepper spray; saw deputy baton strikes. |
| 10. | **Deputy Alex Guerrero \*** | Contact through Defense Counsel | Contact through Defense Counsel | Responding deputy to the **12/14/20** incident, where he assisted in taking Serrano into custody.  Responding Deputy to the **12/15/20** incident and assisted in |

**DEFENDANT'S SUPPLEMENTAL DISCLOSURES**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26**

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

| NO | NAME | ADDRESS | TELEPHONE | SUBJECT OF KNOWLEDGE |
|---|---|---|---|---|
| | | | | securing the scene. He did not make physical contact with Serrano. |
| 11. | **Alexxis Gutierrez** DOB: 08/02/87 | 5618 Tilton Ave. Apt. 166, Jurupa Valley, California 92509 | 951-533-6285 | Shopper at Stater Bros. **12/15/2020**. Observed Serrano "acting weird" and saying he was going to "give everyone Covid-19". Observe Serrano spitting on cookies and other items. She left before officers arrived. |
| 12. | **Deputy Keith Hernandez \*** | Contact through Defense Counsel | Contact through Defense Counsel | Responding Deputy to the **12/14/20** incident, where he assisted in taking Mr. Serrano into custody. Responding deputy to the **12/15/20** incident and assisted in securing the scene. He did not make physical contact with Mr. Serrano. |
| 13. | **Deputy** | Contact through | Contact | Responding |

| NO | NAME | ADDRESS | TELEPHONE | SUBJECT OF KNOWLEDGE |
|---|---|---|---|---|
| | **Jeffery Horner** * | Defense Counsel | through Defense Counsel | Deputy to the **12/15/20** incident. Deployed TASER, and helped in restraining Serrano. |
| 14. | **Sergeant Frank Lodes** * | Contact through Defense Counsel | Contact through Defense Counsel | Sergeant Lodes was the responding supervisor for both the **12/14/20** and **12/15/20** subject incidents.  Did not make physical contact with Mr. Serrano during either incident. |
| 15. | **Maria Lowrie** * | Contact through Plaintiff's counsel. | Contact through Plaintiff's counsel. | Plaintiff.  Mr. Serrano's mother.  Not a witness to the subject incident; Damages. |
| 16. | **Anthony Carlos Lucero** DOB: 09/17/02 | 3607 Jennie St., Jurupa Valley, California 92509 | 951-640-2890 | Stater Brothers Employee.  On **12/15/20** asked Serrano to leave the market.  Observed security pepper spray Serrano on the side of face.  Observed the deputies attempt to detain serrano from outside of the market.. |
| 17. | **Deputy Joshua** | Contact through Defense Counsel | Contact through | Responding Deputy to **12/15/20** |

6    *Case No. 5:20-CV-02651-JWH-KK*

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

| NO | NAME | ADDRESS | TELEPHONE | SUBJECT OF KNOWLEDGE |
|---|---|---|---|---|
| | **Maxon** * | | Defense Counsel | incident. Witnessed portion of restraint.  Did not make physical contact with Serrano. |
| 18. | **Caitlin Mizell** DOB: 08/31/03 | 8743 Magnolia Ave. #D4 Riverside, CA 92503 | 951-206-2192 | Clerk at Stater Brothers.  On **12/15/120** saw Serrano in the parking lot acting "sketchy". Thought he might be "mental" or on drugs.  Saw Deputies use a TASER on Serrano, then hold him on check stand. |
| 19. | **Deputy Bobby Montanez** * | Contact through Defense Counsel | Contact through Defense Counsel | Responding Deputy to the **12/15/20** subject incident.  Deputy Montanez tackled Serrano in order to restrain him. Deputy Montanez gave Mr. Serrano CPR until paramedics arrived on scene. |
| 20. | **Investigator Moody** | Contact through Defense Counsel | Contact through Defense | Interviewed the Stater Brothers employees at the |

**DEFENDANT'S SUPPLEMENTAL DISCLOSURES**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26**

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
_____ Attorneys at Law _____

| NO | NAME | ADDRESS | TELEPHONE | SUBJECT OF KNOWLEDGE |
|---|---|---|---|---|
| | | | Counsel | conclusion of the subject **12/15/20** incident. |
| 21. | **Frank Gabriel Perla** | 10440 Wells Ave. Riverside, CA 92505 | 951-488-7142 | Stater Bros. Security. **12/15/2020**. Struggled with Serrano; used pepper spray on him. |
| 22. | **Deputy Coroner Phillips** * | 4095 Lemon Street Riverside, CA 92501 | 951 955 2400 | Conducted the initial Coroner's examination of Mr. Serrano. |
| 23. | **Nathalie Ruiz** DOB: 11/21/2002 | 5212 Quapaw Way, Riverside, California 92509 | 323-491-3754 | Employee at Stater Brothers Market, check stand #4. **12/15/2020** Saw Serrano causing a disturbance in the market. Also saw security pepper-spray and utilize a TASER. Saw Deputies strike Serrano with a baton and use a TASER |
| 24. | **Jesus Salvador Pena-Rodrigues** DOB: 02/15/1996 | 3373 Grandview Ave. Jurupa Valley, California 92509 | 951-335-1834 | Employee of the Stater Brothers Market. Witness to the **12/15/2020** Use Of Force incident. Observed deputies trying to restrain Serrano. |

8    *Case No. 5:20-CV-02651-JWH-KK*

| NO | NAME | ADDRESS | TELEPHONE | SUBJECT OF KNOWLEDGE |
|---|---|---|---|---|
| 25. | **Deputy Michael Schofield \*** | Contact through Defense Counsel | Contact through Defense Counsel | Responding Deputy to the **12/15/20** incident. Assisted with securing the scene. Did not make physical contact with Serrano. |
| 26. | **Natalia Serrano**<br><br>DOB: 04/08/98 | 3505 Crestmore Road Jurupa Valley, California 92509 | 951-254 -0429 | Mr. Serrano's Cousin. **12/14/2020**. Home when her mom called 911 on decedent. Witnessed the 12/14/20 use of force. |
| 27. | **Sandra Serrano** | 3505 Crestmore Road, Jurupa Valley, California | 951-316- 9569 | Mr. Serrano's Aunt. **12/14/2020**. Called police on Mr. Serrano on 12/14/20 due to drug induced psychosis. Witness to Use Of Force at 12/14/20 incident. Told officers that Serrano had a history of drug abuse and arrests. |
| 28. | **Forensic Tech. Shaver \*** | Contact through Defense Counsel | Contact through Defense Counsel | Responded to the **12/15/20** incident. Collected evidence and took photographs of the scene. |

*Case No. 5:20-CV-02651-JWH-KK*
**DEFENDANT'S SUPPLEMENTAL DISCLOSURES**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26**

| NO | NAME | ADDRESS | TELEPHONE | SUBJECT OF KNOWLEDGE |
|---|---|---|---|---|
| 29. | **Deputy Jonathan Spiegel** * | Contact through Defense Counsel | Contact through Defense Counsel | Responding Deputy to **12/15/20** incident. Witnessed portion of restraint.  Did not make physical contact with Serrano. |
| 30. | **Corporal Scott Spykstra** * | Contact through Defense Counsel | Contact through Defense Counsel | Corporal Spykstra responded to the **12/15/20** subject incident.  Corporal Spykstra deployed his TASER on Serrano.  Cpl. Spykstra assisted in placing Mr. Serrano into handcuffs. |
| 31. | **Forensic Tech. Venable** * | Contact through Defense Counsel | Contact through Defense Counsel | Collected evidence and took photographs of the scene at the conclusion of the **12/15/20** incident. |
| 32. | **Michael Scott Wiemer**  DOB: 05/20/85 | 9382 Hawthorne Riverside, California 92503 | 951-207-3920 | Stater Brothers Employee. Working at check stand #1. On **12/15/20** saw Serrano being disruptive throughout the day. He called security, for help. |

10

| NO | NAME | ADDRESS | TELEPHONE | SUBJECT OF KNOWLEDGE |
|----|------|---------|-----------|----------------------|
|    |      |         |           | Evacuated the market after pepper spray was used. |

NOTE: All witnesses listed herein above and marked with an asterisk * are believed to be currently represented by counsel and, thus, should be contacted **only** through their respective counsel of record in this action. *See* Cal. R. Prof. Conduct 2-100.

## 2. DOCUMENTS AND RECORDS.

Defendant is informed and believes that the following list represents the description by category and location of all documents, data computations, and tangible things in the possession, custody, or control of the defendant that are relevant to the disputed facts alleged with particularity in the pleadings.

|     | DESCRIPTION |
|-----|-------------|
| **1.** | Audio from Dispatch, PSB HOLD-PSAP, 12/15/20 **Bates: COR000001** |
| **2.** | Audio from Dispatch, PSB HOLD-PSAP, 12/15/20 **Bates: COR000002** |
| **3.** | Audio from Dispatch, PSB HOLD-RADIO1, 12/15/20 **Bates: COR000003** |
| **4.** | Audio from Dispatch, PSB HOLD-RADIO1, 12/15/20 **Bates: COR000004** |
| **5.** | Audio from Dispatch, PSB HOLD-RADIO2, 12/15/20 **Bates: COR000005** |
| **6.** | Audio from Dispatch, PSB HOLD-RADIO2, 12/15/20 **Bates: COR000006** |

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

| 7. | Audio, Interview of Cpl Spykstra by Det. Moody, 12/18/20 |
| | **Bates: COR000007** |
| 8. | Audio, Interview of Dep. Cosper by Det. Moody.12/18/20 |
| | **Bates: COR000008** |
| 9. | Audio, Interview of Gabriel Burrola and Caitlin Mizell, 12/15/20 |
| | **Bates: COR000009** |
| 10. | Audio, Interviews of Witnesses by Dep. Button, 12/15/20 |
| | **Bates: COR000010** |
| 11. | Audio, Interview of Dep Ferrari by Inv. Campos, 12/16/20 |
| | **Bates: COR000011** |
| 12. | Audio, Interview of Dep Horner by Inv. Campos, 12/16/20 |
| | **Bates: COR000012** |
| 13. | Audio, Interview of Dep Montanez by Inv. Campos, 12/16/20 |
| | **Bates: COR000013** |
| 14. | Audio, Interview of Frank Perla by Inv. Campos, 12/16/20 |
| | **Bates: COR000014** |
| 15. | Audio, Interview of Frank Perla, 12/18/20 |
| | **Bates: COR000015** |
| 16. | Audio, Interview of Maria Lowrie by Inv. Campos, 12/17/20 |
| | **Bates: COR000016** |
| 17. | Audio, Interview of Sandra Serrano by Inv. Campos, 12/16/20 |
| | **Bates: COR000017** |
| 18. | Photo from Ernie Serrano's DMV in Nov 2019 |
| | **Bates: COR000018** |
| 19. | Photo of Ernie Serrano's Booking, 12/14/20 |
| | **Bates: COR000019** |

| 20. | Photo of Stater Bros Check Stands #1 & #2, 12/15/20 |
| | **Bates: COR000020** |
| 21. | Photo of Stater Bros. Check Stand #1 thru #6, 12/15/20 |
| | **Bates: COR000021** |
| 22. | Photo of Stater Bros. Entrance, Check Stands #6 thru #1, 12/15/20 |
| | **Bates: COR000022** |
| 23. | Photos of Buick SUV, 7FDJ766, 12/15/20 |
| | **Bates: COR000023-32** |
| 24. | Photos of CAS Patrol SUV, PPO18102, 12/15/20 |
| | **Bates: COR000033-41** |
| 25. | Photos of Sheriff SUV 15-005, 12/15/20 |
| | **Bates: COR000042-50** |
| 26. | Photos of Sheriff SUV 15-083, 12/15/20 |
| | **Bates: COR000051-58** |
| 27. | Photos of Sheriff SUV 17-166, 12/15/20 |
| | **Bates: COR000059-67** |
| 28. | Photos of Sheriff SUV 20-036, 12/15/20 |
| | **Bates: COR000068-76** |
| 29. | Photos of Stater Bros, Check Stand 1, 12/15/20 |
| | **Bates: COR000077-82** |
| 30. | Photos of Stater Bros, Scene, 12/15/20 |
| | **Bates: COR000083-118** |
| 31. | Photos of Stater Bros., Check Stand 2, 12/15/20 |
| | **Bates: COR000119-130** |
| 32. | Photos of Stater Bros., Check Stands 3-11, REDACTED, 12/15/20 |
| | **Bates: COR0000131-155** |

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

| | | |
|---|---|---|
| **33.** | Photos of Stater Bros., Outside Front of Store, 12/15/20 | |
| | **Bates: COR0000156-175** | |
| **34.** | Photos of Stater Bros., Parking Lot, 12/15/20 | |
| | **Bates: COR000176-204** | |
| **35.** | Photos of Stater Bros., Scene Markers, 12/15/20 | |
| | **Bates: COR0000205-231** | |
| **36.** | Photos, Dep. Hernandez, Injuries Post Incident, 12/14/20 | |
| | **Bates: COR000232-236** | |
| **37.** | Photos, Officer Cosper's Post Incident Review, 12/15/20 | |
| | **Bates: COR000237-249** | |
| **38.** | Photos, Officer Montanez's Post Incident Review, 12/15/20 | |
| | **Bates: COR000250-268** | |
| **39.** | Photos, Officer Shirt with Blood by Inv. Franco, 12/15/20 | |
| | **Bates: COR000269-292** | |
| **40.** | Photos, Officer Spykstra's Post Incident Review, 12/15/20 | |
| | **Bates: COR000293-310** | |
| **41.** | Photos, Scene, Post Incident, 12/14/20 | |
| | **Bates: COR000311-313** | |
| **42.** | Photos, Scene, Post Incident, Inside Stater Bros w/ Markers, REDACTED, 12/15/20 | |
| | **Bates: COR000346-349** | |
| **43.** | Photos, Scene, Post Incident, Inside Stater Bros, REDACTED, 12/15/20 | |
| | **Bates: COR000350-390** | |
| **44.** | Photos, Stater Bros Parking Lot, 12/15/20 | |
| | **Bates: COR000391-420** | |
| **45.** | Photos, Autopsy of Serrano Body, External-2, 12/21/20 | |
| | **Bates: COR000421-540** | |

| | | |
|---|---|---|
| **46.** | Photos, Autopsy of Serrano Body, External, 12/21/20 | |
| | **Bates: COR000541-569** | |
| **47.** | Photos, Autopsy of Serrano Body, Internal, 12/21/20 | |
| | **Bates: COR000570-622** | |
| **48.** | Photos, Autopsy, Serrano Clothing, 12/15/20 | |
| | **Bates: COR000623-674** | |
| **49.** | Photos, Autopsy, White Board, 12/21/20 | |
| | **Bates: COR000675-677** | |
| **50.** | Photos of Frank Perla, Post Incident Review, 12/15/20 | |
| | **Bates: COR000678-688** | |
| **51.** | Photos of Glass Pipe from Serrano's Pant Pocket, 12/15/20 | |
| | **Bates: COR000689-690** | |
| **52.** | Photos of Glock from Frank Perla, 12/15/20 | |
| | **Bates: COR000691-702** | |
| **53.** | Photos of Dep. Ferrari, Post Incident Review, 12/15/20 | |
| | **Bates: COR000703-714** | |
| **54.** | Photos of Dep. Horner, Post Incident Review, 12/15/20 | |
| | **Bates: COR000715-724** | |
| **55.** | Photos of Sgt Lodes, Post Incident Review, 12/15/20 | |
| | **Bates: COR000725-731** | |
| **56.** | Photos of TASER + from Frank Perla, 12/15/20 | |
| | **Bates: COR000732-738** | |
| **57.** | Photos of TASER 7 from Dep. Horner, 12/15/20 | |
| | **Bates: COR000739-743** | |
| **58.** | Policies, RCSD, Use Of Force, General Orders | |
| | **Bates: COR744-751** | |

**DEFENDANT'S SUPPLEMENTAL DISCLOSURES**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26**

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

| 59. | Report by Axon re TASER7 Report, 12/14/20 |
| | **Bates: COR000752** |
| 60. | Report from Accurint re Ernie Serrano, REDACTED, 12/17/20 |
| | **Bates: COR0000753-773** |
| 61. | Report from LinX re Ernie Serrano, REDACTED, 12/17/20 |
| | **Bates: COR000774-793** |
| 62. | Report from People Search re Ernie Serrano, 12/17/20 |
| | **Bates: COR000794-795** |
| 63. | Report from RCSD re Ernie Serrano, Summary, 12/17/20 |
| | **Bates: COR000796** |
| 64. | Report of CAD Incident, 12/15/20 |
| | **Bates: COR0000797-799** |
| 65. | Report re Arrest of Ernie Serrano, REDACTED, 12/14/20 |
| | **Bates: COR000800-821** |
| 66. | Report re Booking of Ernie Serrano, 12/16/20 |
| | **Bates: COR0000822-824** |
| 67. | Report re CAD Incident Report, 12/14/20 |
| | **Bates: COR000825-826** |
| 68. | Report re Dispatch PSB HOLD, 12/15/20 |
| | **Bates: COR000827-848** |
| 69. | Report re DMV Record of Ernie Serrano, 11/25/19 |
| | **Bates: COR000849-851** |
| 70. | Report re Initial Incident, by Hernandez, 12/14/20 |
| | **Bates: COR000852-860** |
| 71. | Report re ISO Claim History for Ernie Serrano, 12/17/20 |
| | **Bates: COR000861-871** |

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

**DEFENDANT'S SUPPLEMENTAL DISCLOSURES**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26**

| | |
|---|---|
| **72.** | Report re Officer Guerrero's TASER7 Pulse Graph, 12/14/20 |
| | **Bates: COR000872-886** |
| **73.** | Report, Aggravated Assault and Resisting Arrest by Officer Pantoja, 04/11/16 |
| | **Bates: COR000887-898** |
| **74.** | Report, Autopsy Inventory by Inv. Franco, 12/21/20 |
| | **Bates: COR000899-903** |
| **75.** | Report, Autopsy Photos by Inv. Vasquez, 12/21/20 |
| | **Bates: COR000904-906** |
| **76.** | Report, Autopsy Witnessed by Inv. Franco, 12/21/20 |
| | **Bates: COR000907-910** |
| **77.** | Report, Battery, Possession and Resisting by Officer Piscopo, 10/27/13 |
| | **Bates: COR000911-938** |
| **78.** | Report, Briefing by Inv. Franco, 12/15/20 |
| | **Bates: COR000939-941** |
| **79.** | Report, Cal Fire Interagency Report of Incident and Dispatch Action, 12/15/20 |
| | **Bates: COR000942-947** |
| **80.** | Report, Car Jacking by Officer Morimoto, 02/18/07 |
| | **Bates: COR000948-952** |
| **81.** | Report, Charting of Deputies and Frank Perla Post Incident by Inv. Franco, 12/16/20 |
| | **Bates: COR000953-959** |
| **82.** | Report, Clets Records for Ernie Serrano, REDACTED, 12/15/20 |
| | **Bates: COR000960-980** |
| **83.** | Report, Clets Records for Ernie Serrano, REDACTED, 12/17/20 |
| | **Bates: COR00981-1003** |

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

**DEFENDANT'S SUPPLEMENTAL DISCLOSURES**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26**

| 84. | Report, Coroner Document Requests |
| | **Bates: COR001004-1008** |
| 85. | Report, Coroners Inventory by Deputy Coroner, Mariella Phillips, 12/21/20 |
| | **Bates: COR001009-1020** |
| 86. | Report, Digital Media by Inv. Moody, 12/15/20 |
| | **Bates: COR001021-1024** |
| 87. | Report re Coroner Investigation, 08/09/21 |
| | **Bates: COR001025-1046** |
| 88. | Report, Driving with a Suspended Driver's License by Officer Miller, 05/26/15 |
| | **Bates: COR001047-1050** |
| 89. | Report, Gabriel Burrola Interview Summary by Inv. Moody, 12/15/20 |
| | **Bates: COR001051-1052** |
| 90. | Report, Guarding Serrano at Hospital by Officer Shepherd, 12/16/20 |
| | **Bates: COR001053-1054** |
| 91. | Report, Initial Incident by Maxon, 12/15/20 |
| | **Bates: COR001055-1057** |
| 92. | Report, Malicious Mischief Arrest, Officer Olea, 10/02/02 |
| | **Bates: COR001058-1064** |
| 93. | Report, Maria Lowrie Interview by Inv. Campos, 12/17/20 |
| | **Bates: COR001065-1067** |
| 94. | Report, Photo Inventory by Inv. Castaneda, 12/15/20 |
| | **Bates: COR001068-1071** |
| 95. | Report, Possessing Knife by Officer Pedroza, REDACTED, 03/24/14 |
| | **Bates: COR001072-1111** |
| 96. | Report, Review of Body Worn by Inv. Campos, 12/15/20 |
| | **Bates: COR001112-1113** |

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

**DEFENDANT'S SUPPLEMENTAL DISCLOSURES
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26**

| 97. | Report, Sandra Serrano Interview by Inv. Campos, 12/16/20 |
| | **Bates: COR001114-1116** |
| 98. | Report, Gurierrez Interview by Bolle, 12/15/20 |
| | **Bates: COR001117-1119** |
| 99. | Report, Supplemental Incident Report re Tasers by Dep. Gonzalez, 12/15/20 |
| | **Bates: COR001120-1123** |
| 100. | Report, Supplemental Incident Report re Interviews by Arredondo, 12/15/20 |
| | **Bates: COR001124-1130** |
| 101. | Report, Supplemental Incident Report by Cpl. Spykstra, 12/14/20 |
| | **Bates: COR001131-1135** |
| 102. | Report, Supplemental Incident Report by Dep. Alcala, 12/14/20 |
| | **Bates: COR001136-1138** |
| 103. | Report, Supplemental Incident Report by Dep. Cosper, 12/14/20 |
| | **Bates: COR001139-1145** |
| 104. | Report, Supplemental Incident Report by Dep. Guerrero, 12/14/20 |
| | **Bates: COR001146-1153** |
| 105. | Report, Supplemental Incident Report by Dep. Guerrero, 12/15/20 |
| | **Bates: COR001154-1155** |
| 106. | Report, Supplemental Incident Report by Dep. Hernandez, 12/15/20 |
| | **Bates: COR001156-1157** |
| 107. | Report, Supplemental Incident Report by Dep. Merrill, 12/15/20 |
| | **Bates: COR001158-1159** |
| 108. | Report, Supplemental Incident Report by Dep. Moody, 12/15/20 |
| | **Bates: COR001160-1162** |
| 109. | Report, Supplemental Incident Report by Dep. Nagle, 12/15/20 |
| | **Bates: COR001163-1168** |

DEFENDANT'S SUPPLEMENTAL DISCLOSURES
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

| 110. | Report, Supplemental Incident Report by Dep. Schofield, 12/14/20 |
| | **Bates: COR001169-1172** |
| 111. | Report, Supplemental Incident Report by Dep. Shepherd, 12/14/20 |
| | **Bates: COR001173-1174** |
| 112. | Report, Supplemental Incident Report by Dep. Vasquez, 12/15/20 |
| | **Bates: COR001175-1177** |
| 113. | Report, Supplemental Incident Report by Sgt. Lodes, 12/14/20 |
| | **Bates: COR001178-1180** |
| 114. | Report, Supplemental Incident Report Inventory by Dep. Castaneda, 12/15/20, REDACTED |
| | **Bates: COR001181-1195** |
| 115. | Report, Transcript of Cosper Interview by Inv. Moody, 12/15/20 |
| | **Bates: COR001196-1215** |
| 116. | Report, Supplemental Incident Report re Burrola Interview by Inv. Moody, 12/15/20 |
| | **Bates: COR001216-1217** |
| 117. | Report, Supplemental Incident Report re Cosper Interview by Inv.. Moody, 12/15/20 |
| | **Bates: COR001218-1220** |
| 118. | Report, Supplemental Incident Report re Employee Interviews by Dep. Button, 12/15/20 |
| | **Bates: COR001221-1224** |
| 119. | Report, Supplemental Incident Report re Mizell Interview by Inv. Moody, 12/15/20 |
| | **Bates: COR001225-1226** |
| 120. | Report, Supplemental Incident Report re Spykstra Interview by Inv. Moody, 12/15/20 |
| | **Bates: COR001227-1229** |
| 121. | Report, Supplemental Incident Report re Spykstra Transcript by Inv. Moody, 12/15/20 |
| | **Bates: COR001230-1249** |

**DEFENDANT'S SUPPLEMENTAL DISCLOSURES**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26**

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

| 122. | Report, Supplemental Incident Report re Tasers by Dep. Gonzalez, 12/15/20 **Bates: COR001250-1251** |
| 123. | Report, Supplemental Incident Report re Tasers by Dep. Gonzalez, 12/15/20 **Bates: COR001252-1254** |
| 124. | Report, Supplemental Incident Report re Videos by Dep. Button, 12/15/20 **Bates: COR001255-1257** |
| 125. | Report, Supplemental Report, Incident by Inv. Campos, 12/15/20 **Bates: COR001258-1261** |
| 126. | Report, TASER Discharge Summary.re Horner, 12/15/20 **Bates: COR001262-1273** |
| 127. | Report, TASER Discharge Summary.re Spykstra, 12/15/20 **Bates: COR001274-1278** |
| 128. | Report, Transcript of Burrola Interview by Inv. Moody, 12/15/20 **Bates: COR001279-1304** |
| 129. | Report, Transcript of Dep. Horner Interview by Inv. Campos, 12/16/20 **Bates: COR001305-1325** |
| 130. | Report, Transcript of Ferrari Interview by Inv. Campos, 12/16/20 **Bates: COR001326-1350** |
| 131. | Report, Transcript of Mizell Interview by Inv. Moody, 12/15/20 **Bates: COR001351-1367** |
| 132. | Report, Transcript of Montanez Interview by Inv. Campos, 12/16/20 **Bates: COR001368-1389** |
| 133. | Report, Transcript of Perla Interview by Inv. Campos, 12/16/20 **Bates: COR001390-1427** |
| 134. | Report, Transcript of Radio Traffic by Inv. Button, 12/15/20 **Bates: COR001428-1439** |

| 135. | Report, Transcript of Stater Bros to Dispatch Calls, 12/15/20 |
| | **Bates: COR001440-1462** |
| 136. | Report, Witness Interviews by Inv. Contreras, 12/15/20 |
| | **Bates: COR001463-1471** |
| 137. | Report re Arrest of Ernie Serrano by Officer Locke, 01/17/17 |
| | **Bates: COR001472-1477** |
| 138. | Report re Attempted Robbery by Dep Velasco, 07/02/18 |
| | **Bates: COR001478-1497** |
| 139. | Report re Burglary Arrest by Dep Gonzalez, REDACTED, 01/30/17 |
| | **Bates: COR001498-1505** |
| 140. | Report re Initial Response Review Index |
| | **Bates: COR001506-1510** |
| 141. | Report, Possession by Dep Garcia, 10/17/18 |
| | **Bates: COR001511-1518** |
| 142. | Report, Resist with Violence by Dep Meza, 07/25/16 |
| | **Bates: COR001519-1530** |
| 143. | Report, Initial Response Review Cover Page |
| | **Bates: COR001531** |
| 144. | Report re Resisting & Possession by Dep Chavez, 12/12/19 |
| | **Bates: COR001532-1551** |
| 145. | Report, TASER Reports by Inv. Victorio, 08/25/21 |
| | **Bates: COR001552-1575** |
| 146. | Transcript, Cellphone (2) by Clarissa Aragon, 12/15/20 |
| | **Bates: COR001576** |
| 147. | Transcript, Cellphone (2) by Cuevas, 12/15/20 |
| | **Bates: COR001577** |

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

**DEFENDANT'S SUPPLEMENTAL DISCLOSURES
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26**

| | |
|---|---|
| **148.** | Transcript, CONDENSED, BWV at Hospital with Mr. Serrano by Dep. Cosper 12/14/20 **Bates: COR001578** |
| **149.** | Transcript, CONDENSED, BWV by Dep. Cosper 12/15/20 **Bates: COR001579-1588** |
| **150.** | Transcript, CONDENSED, BWV by Deputy Cosper, 12/15/20 **Bates: COR001589** |
| **151.** | Transcript, CONDENSED, Cellphone by Aragon, 12/15/20 **Bates: COR001590** |
| **152.** | Transcript, CONDENSED, Cellphone by Cuevas, 12/15/20 **Bates: COR001591** |
| **153.** | Transcript, CONDENSED, BWV by Horner, 12/15/20 **Bates: COR001592-1596** |
| **154.** | Transcript, FULL Cellphone by Cuevas, 12/15/20 **Bates: COR001597-1598** |
| **155.** | Transcript, FULL, BWV (2) by Dep. Cosper 12/15/20 **Bates: COR001599-1602** |
| **156.** | Transcript, FULL, BWV by Dep. Cosper, 12/15/20 **Bates: COR001603-1606** |
| **157.** | Transcript, FULL, BWV by Deputy Cosper, 12/15/20 **Bates: COR001607-1643** |
| **158.** | Transcript, FULL, Cellphone (2) by Clarissa Aragon, 12/15/20 **Bates: COR001644-1645** |
| **159.** | Transcript, FULL, Cellphone (2) by Cuevas 12/15/20 **Bates: COR001646-1647** |
| **160.** | Transcript, FULL, Cellphone by Aragon, 12/15/20 **Bates: COR001648-1650** |

| | | |
|---|---|---|
| **161.** | Transcript, FULL, BWV by Horner, 12/15/20 | |
| | **Bates: COR001651-1667** | |
| **162.** | Video Compilation Prepared for Sheriff's Press Conference, 122120 | |
| | **Bates: COR001668** | |
| **163.** | Video, BWC by Dep. Alcala, 12/14/20 | |
| | **Bates: COR001669** | |
| **164.** | Video, BWC Report PDF by Alcala, 12/14/20 | |
| | **Bates: COR001670** | |
| **165.** | Video, BWC by Cosper, 12/15/20 | |
| | **Bates: COR001671** | |
| **166.** | Video, BWC Report PDF by Dep. Cosper, 12/15/20 | |
| | **Bates: COR001672** | |
| **167.** | Video, BWC by Dep. Cosper at Hospital, 12/15/20 | |
| | **Bates: COR001673** | |
| **168.** | Video, BWC Report PDF by Dep. Cosper at Hospital, 12/15/20 | |
| | **Bates: COR001674** | |
| **169.** | Video, BWC by Dep. Cosper, 12/14/20 | |
| | **Bates: COR001675** | |
| **170.** | Video, BWC Report PDF, Dep. Cosper, 12/14/20 | |
| | **Bates: COR001676** | |
| **171.** | Video, BWC by Dep. Cosper, 12/14/20 | |
| | **Bates: COR001677** | |
| **172.** | Video, BWC Report PDF by Dep. Cosper, 12/14/20 | |
| | **Bates: COR001678** | |
| **173.** | Video, BWC by Dep. Cosper, 12/14/20 | |
| | **Bates: COR001679** | |

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

**DEFENDANT'S SUPPLEMENTAL DISCLOSURES**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26**

| | | |
|---|---|---|
| **174.** | Video, BWC Report PDF by Dep. Cosper, 12/14/20 | |
| | **Bates: COR001680** | |
| **175.** | Video, BWC by Dep. Cosper, 12/14/20 | |
| | **Bates: COR001681** | |
| **176.** | Video, BWC Report PDF by Dep. Cosper, 12/14/20 | |
| | **Bates: COR001682** | |
| **177.** | Video, BWC by Dep. Cosper, 12/14/20 | |
| | **Bates: COR001683** | |
| **178.** | Video, BWC Report PDF by Dep. Cosper, 12/14/20 | |
| | **Bates: COR001684** | |
| **179.** | Video, BWC by Dep. Cosper, 12/15/20 | |
| | **Bates: COR001685** | |
| **180.** | Video, BWC Report PDF by Dep. Cosper, 12/15/20 | |
| | **Bates: COR001686** | |
| **181.** | Video, BWC by Dep. Guerrero, 12/14/20 | |
| | **Bates: COR001687** | |
| **182.** | Video, BWC Report PDF by Dep. Guerrero, 12/14/20 | |
| | **Bates: COR001688** | |
| **183.** | Video, BWC by Dep. Guerrero, 12/14/20 | |
| | **Bates: COR001689** | |
| **184.** | Video, BWC Report by Dep. Guerrero, 12/14/20 | |
| | **Bates: COR001690** | |
| **185.** | Video, BWC by Dep. Hernandez, 12/14/20 | |
| | **Bates: COR001691** | |
| **186.** | Video, BWC Report PDF by Dep. Hernandez, 12/14/20 | |
| | **Bates: COR001692** | |

*Case No. 5:20-CV-02651-JWH-KK*

**DEFENDANT'S SUPPLEMENTAL DISCLOSURES**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26**

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

| 187. | Video, BWC by Dep. Hernandez, 12/14/20 |
| | **Bates: COR001693** |
| 188. | Video, BWC Report PDF by Dep. Hernandez, 12/14/20 |
| | **Bates: COR001694** |
| 189. | Video, BWC by Dep. Hernandez, 12/14/20 |
| | **Bates: COR001695** |
| 190. | Video, BWC Report PDF by Dep. Hernandez, 12/14/20 |
| | **Bates: COR001696** |
| 191. | Video, BWC by Dep. Horner at Stater Bros., 12/15/20 |
| | **Bates: COR001697** |
| 192. | Video, BWC Report PDF by Dep. Horner at Stater Bros., 12/15/20 |
| | **Bates: COR001698** |
| 193. | Video, BWC by Dep. Schofield, 12/14/20 |
| | **Bates: COR001699** |
| 194. | Video, BWC by Dep. Schofield, 12/14/20 |
| | **Bates: COR001700** |
| 195. | Video, BWC by Dep. Schofield, 12/14/20 |
| | **Bates: COR001701** |
| 196. | Video, BWC Report PDF by Dep. Schofield, 12/14/20 |
| | **Bates: COR001702** |
| 197. | Video, BWC by Dep. Spykstra, 12/14/20 |
| | **Bates: COR001703** |
| 198. | Video, BWC Report PDF by Dep. Spykstra, 12/14/20 |
| | **Bates: COR001704** |
| 199. | Video, BWC by Dep. Spykstra, 12/14/20 |
| | **Bates: COR001705** |

*Case No. 5:20-CV-02651-JWH-KK*

| | | |
|---|---|---|
| **200.** | Video, BWC Report PDF by Dep. Spykstra, 12/14/20 | |
| | **Bates: COR001706** | |
| **201.** | Video, BWV by Deputy Ricky Arredondo , 12/16/20 | |
| | **Bates: COR001707** | |
| **202.** | Video, BWC, Interview of Rex Mauritz Engstrom, 12/16/20 | |
| | **Bates: COR001708** | |
| **203.** | Video, BWC, Interview of Sonya Garcia by Arredondo, 12/16/20 | |
| | **Bates: COR001709** | |
| **204.** | Video, Cellphone by Aragaon, 12/15/20 | |
| | **Bates: COR001710** | |
| **205.** | Video, Cellphone by Aragaon, 12/15/20 | |
| | **Bates: COR001711** | |
| **206.** | Video, Cellphone by Cuevas, 12/15/20 | |
| | **Bates: COR001712** | |
| **207.** | Video, Cellphone by Cuevas, 12/15/20 | |
| | **Bates: COR001713** | |
| **208.** | Video, Cellphone by Cuevas, 12/15/20 | |
| | **Bates: COR001714** | |
| **209.** | Video, Cellphone by Cuevas, 12/15/20 | |
| | **Bates: COR001715** | |
| **210.** | Video, Interview of Alexxis Gutierrez, 12/19/20 | |
| | **Bates: COR001716** | |
| **211.** | Video, Stater Bros. Entry RIGHT, 17 min. 39 sec., 12/15/20 | |
| | **Bates: COR001717** | |
| **212.** | Video, Stater Bros. Entry RIGHT, Time:16:38, 12/15/20 | |
| | **Bates: COR001718** | |

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

| | |
|---|---|
| **213.** | Video, Stater Bros. Entry RIGHT, Time:16:42, 12/15/20 **Bates: COR001719** |
| **214.** | Video, Stater Bros. Entry RIGHT, Time:17:08, 12/15/20 **Bates: COR001720** |
| **215.** | Video, Stater Bros. Entry RIGHT, Time:17:22, 12/15/20 **Bates: COR001721** |
| **216.** | Video, Stater Bros. Parking Lot Center, Time:17:08, 12/15/20 **Bates: COR001722** |
| **217.** | Video, Stater Bros. Parking Lot Center, Time:17:24, 12/15/20 **Bates: COR001723** |
| **218.** | Video, Stater Bros. Parking Lot Center, Time:19:58, 12/15/20 **Bates: COR001724** |
| **219.** | Video, Stater Bros. Parking Lot East, Time:16:36, 12/15/20 **Bates: COR001725** |
| **220.** | Video, Stater Bros. Parking Lot East, Time:16:41, 12/15/20 **Bates: COR001726** |
| **221.** | Video, Stater Bros. Parking Lot East, Time:17:04, 12/15/20 **Bates: COR001727** |
| **222.** | Video, Stater Bros. Parking Lot East, Time:18:08, 12/15/20 **Bates: COR001728** |
| **223.** | Video, Stater Bros. Parking Lot East, Time:18:17, 12/15/20 **Bates: COR001729** |
| **224.** | Video, Stater Bros. Parking Lot East, Time:19:56, 12/15/20 **Bates: COR001730** |
| **225.** | Video, Stater Bros. Register & Lobby Front, Time:16:39, 12/15/20 **Bates: COR001731** |

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

**DEFENDANT'S SUPPLEMENTAL DISCLOSURES**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26**

| 226. | Video, Stater Bros. Register & Lobby Front, Time:17:05, 12/15/20 |
|------|------------------------------------------------------------------|
|      | **Bates: COR001732** |
| 227. | Video, Stater Bros. Register & Lobby Front, Time:19:59, 12/15/20 |
|      | **Bates: COR001733** |
| 228. | Video, Stater Bros., **Use Of Force**, Lobby, Side, Time:20:10, 12/15/20 |
|      | **Bates: COR001734** |
| 229. | Video, Stater Bros., **Use Of Force**, Register 2, Side, Time:20:11, 12/15/20 |
|      | **Bates: COR001735** |
| 230. | Video, Stater Bros. Registers 1 & 2, Time:16:41, 12/15/20 |
|      | **Bates: COR001736** |
| 231. | Video, Stater Bros. Registers 1 & 2, Time:17:16, 12/15/20 |
|      | **Bates: COR001737** |
| 232. | Video, Stater Bros. Registers 1 & 2, Time:17:18, 12/15/20 |
|      | **Bates: COR001738** |
| 233. | Video, Stater Bros., **Use of Force**, Registers 1 & 2, Time:20:10, 12/15/20 |
|      | **Bates: COR001739** |
| 234. | Video, Stater Bros. Registers1 & 2, Time:17:35, 12/15/20 |
|      | **Bates: COR001740** |

Additional items may include:

All medical records of individuals involved in the incident, or decedent's medical records including those not yet in the possession of defendants.

All pleadings filed in this matter.

All answers/responses to interrogatories, requests for production of documents, and requests for admissions in this matter, including all amendments and/or supplements thereto, and including any and all documents attached thereto.

All transcripts and recordings of depositions and any document marked as an

29                                    *Case No. 5:20-CV-02651-JWH-KK*

exhibit to a deposition.

Reports of all parties' experts and all supporting documentation, data, video presentations, learned treatises, publications, studies, etc.

Enlargements of graphs, photographs or other exhibits.

All exhibits identified through future discovery including any items produced pursuant to a protective order in this matter.

Documents and materials identified in the Rule 26 disclosure statements of the other parties in this case.

Defendants do not waive objections to any exhibits listed by other parties to this litigation by reason of their inclusion by reference in this list.

Because discovery and investigation are ongoing, defendants reserve the right to modify, amend, or supplement its initial description of documents that it may use to support its claims or defenses.

**3**.    **COMPUTATION OF DAMAGES TO DISCLOSING PARTY**.

At present, the Rule 26 requirement to disclose the computation of any category of damages claimed to the disclosing party does not apply to the defendant.

**4**.    **INSURANCE**.

Defendant is informed and believes that the following information represents and/or describes any insurance agreement which any persons carrying on an insurance business may be liable to satisfy part of all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment:

Defendant County of Riverside is a member of a Joint Powers Authority which pools self-insured claims and losses as authorized by California Government Code sections 990.4 and 990.8.

**5**.    **ONGOING DISCOVERY**.

Investigation and discovery by the defendants is continuing and is not yet

1  complete.  Defendants reserve the right to refer to, conduct discovery with reference

2  to, or offer into evidence at trial any and all witnesses, facts, and evidence,

3  notwithstanding the absence of a reference to such witnesses, evidence, or facts

4  within these or any disclosures.

5       All disclosures herein are to the best knowledge, information, and belief

6  formed after reasonable inquiry by defendants, and the defendants are informed and

7  believe that these disclosures are complete and correct as of the time made or

8  supplemented.

9

10 **6.**     **CONFIDENTIAL DOCUMENTS DESIGNATION.**

11      Pursuant to the Stipulation of the Parties [Dkt. Doc. 22] and the associated

12 Court Order [see Dkt. Doc. 23, entered on April 27, 2021 ("Protective Order")], or

13 otherwise, these disclosures and all documents identified herein above, and/or

14 produced as part of the Defendant's Rule 26 instant disclosures, including but not

15 limited to all documents attached to this set of disclosures, are hereby designated as

16 "Confidential Documents" subject to the terms of the Stipulation and/or Protective

17 Order, unless specifically identified in writing herein as documents that are not

18 Confidential Documents and thus exempted from the terms of the Protective Order

19 or related Stipulation, if any.

20

21 DATED:  October 14, 2021        **MANNING & KASS**
                                    **ELLROD, RAMIREZ, TRESTER LLP**
22

23

24                              By: _____

25                                   Tony M. Sain, Esq.
26                                   Joseph A. Gordon, Esq.
                                     Tori Bakken, Esq.
27                                   Attorneys for Defendant,
                                     COUNTY OF RIVERSIDE
28

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

# **<u>EXHIBIT 2</u>**

**Subject:**      Lowrie (PC) Stip to Modify Scheduling Order

**Date:**         Friday, December 17, 2021 at 2:45:16 PM Pacific Standard Time

**From:**         Bakken, Tori

**To:**           Humberto Guizar, Christian Contreras, Eileen Lopez, sking@kingsjusticelaw.com

**CC:**           Sain, Tony, McLaughlin, Abigail, Arellano, Liz, Wilson, Curfew, Badon, John

**Attachments:**  Logo_e6253148-26a1-47a9-b861-6ac0ff0bc3c4.png, Stip.001.Modify Scheduling Order.docx

Good Afternoon Counsel,

I am following up on the messages I left at your office. Due to numerous delays, as laid out in the attached stip, we believe a continuance of dates/deadlines is warranted in this case and would be of benefit to all parties. Please review the attached stipulation to modify the scheduling order and advise if you are agreeable to the same.

I am available to further discuss if needed.

Thank you,
Tori



**Tori L. N. Bakken**
**Attorney**
Tori.Bakken@lewisbrisbois.com

**T: 213.680.5172  F: 213.250.7900**

633 W. 5th Street, Suite 4000, Los Angeles, CA 90071  |  LewisBrisbois.com

**Representing clients from coast to coast. View our locations nationwide.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If yo intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the send this email and any attachment from your computer and any of your electronic devices where the message is stored.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# **<u>EXHIBIT 3</u>**

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
TONY M. SAIN, SB# 251626
  E-Mail: Tony.Sain@lewisbrisbois.com
TORI L.N. BAKKEN SB# 329069
  E-Mail: Tori.Bakken@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendants COUNTY OF
RIVERSIDE, SCOTTY SPYKSTRA,
PAUL FERRARI, JEFFERY HORNER,
ROBERT MONTANEZ and TRAVIS
COSPER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARIA LOWRIE, individually and as Successor in Interest to ERNIE SERRANO, , <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF RIVERSIDE, et al., <br><br> Defendants. | Case No. 5:20-cv-02651-JWH-KK <br><br> **STIPULATION OF THE PARTIES AND JOINT REQUEST FOR ORDER TO MODIFY CASE MANAGEMENT SCHEDULE TO CONTINUE ALL PENDING DEADLINES AND THE TRIAL DATE** <br><br> [Proposed Order filed concurrently] <br><br> Trial Date:        None Set |

By and through counsel of record in this action, MARIA LOWRIE (herein after "Plaintiff") and COUNTY OF RIVERSIDE ("County"), SCOTTY SPYKSTRA, PAUL FERRARI, JEFFERY HORNER, ROBERT MONTANEZ, and TRAVIS COSPER (collectively herein after as "Defendants") – the parties – here by stipulate and respectfully request that the Court modify the operative Scheduling Order (Dkt. 31) and case management deadlines in this matter as follows.

///

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1. **GOOD CAUSE STATEMENT RE MODIFICATION.**

1.     As this incident occurred inside of a busy supermarket during the holiday season, this matter involves a large number of third party witnesses, many of whom still need to be located, contacted, and/or deposed – despite months of due diligence by the parties. As such, the parties anticipate numerous depositions will need to take place which remain to be scheduled.

2.     Specifically, as for the supermarket employee witnesses, according to their counsel, their work schedules are particularly difficult during the holidays, limiting their availability for deposition. Despite the parties' best efforts, multiple attempts to depose the third party witnesses have been stalled by their counsel.

3.     Based upon the parties' calendar conflicts and the witnesses' anticipated conflicts (particularly with the holidays pending), the parties cannot see any feasible way that such depositions will be completed by the current discovery cut-off deadline.

4.     Further, defense counsel for the Riverside County defendants have recently changed law firms and this case thus underwent substantial staffing changes that have significantly affected the ability of these defendants to participate in or complete discovery. Over the span of mid-October to present, defense counsel had been in the process of transitioning, while still retaining, and thus also transferring, this case among others.  Plaintiffs and co-defendants lack information to stipulate to or refute the truth of the contentions of this paragraph, but such parties stipulate that there is good cause for the continuance sought here.

5.     This transition by defense counsel has caused various unavoidable logistical and scheduling issues, including a delay in the transfer of case file materials from counsels' prior firm to their present firm. While the case file was being transferred, and essentially in limbo, counsels' ability to work on or progress the case was stalled.  Plaintiffs and co-defendants lack information to stipulate to or refute the truth of the contentions of this paragraph, but such parties stipulate that there is good cause for the continuance sought here.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

6.     As a result of the foregoing stipulated good causes, the available time to conduct further written discovery, depositions, and/or a settlement conference is prejudicially limited and virtually non-existent prior to the date of this stipulation. Going forward, there is a substantial amount of discovery that needs to be completed prior to the discovery cut-off, and a majority of it will not be able to be completed until after the new year.

7.     Additionally, counsel for each of the parties have other trial and case management calendar conflicts under the Court's current/operative case management schedule.   This is partially due to other cases at the trial stage being continued repeatedly, consuming large amounts of counsels' calendars.

8.     The bottom line is that the parties need more time to complete substantive fact discovery.

9.     On top of all of the preceding factors, the parties still face difficulties stemming from the March 19, 2020 stay at home order issued by the Governor of California, which required all non-essential businesses to shut down.   Since implementation of that order, new iterations of the order, and various reactions of witnesses to the orders, the conduction of discovery in this case and other cases has been unusually difficult: including complicating completion of depositions and obtaining discovery in compliance with health safety protocols and associated delays – even after such restrictions have been eased or lifted by State or local governments.

10.     Although the parties have been diligently pursuing discovery in this case since the dates of the parties' April 28, 2021 conference of counsel pursuant to Fed. R. Civ. P. 26(f) – including serving written discovery requests and/or responses, exchanging disclosures, supplementing productions, and taking the deposition of the medical examiner – the parties have not been able to complete all of the necessary depositions in this case (such as of third party incident witnesses, plaintiffs, and defendants) and do not anticipate being able to do so before the currently operative discovery deadlines.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4858-1659-8535.2

3

11.     The crush of other case management deadlines has also become impossible for the parties to meet due to the backlog in discovery that the parties believe can be resolved by the continuance requested herein.  Accordingly, the parties stipulate that Good Cause exists for the continuance sought herein.

12.     This Stipulation is the <u>first</u> request by any party for any continuance of any of the case management deadlines in *this* action.

## 2.     <u>STIPULATION TO MODIFY CASE MANAGEMENT DEADLINES.</u>

13.     Accordingly, in light of the foregoing, and in order to facilitate the interests of all parties to this action, by and through their counsel of record in this action, the parties hereby Stipulate that **Good Cause exists** and the parties respectfully request that the Court **modify the operative case management scheduling order** to continue the Trial date of this matter, as well as to continue all pending pre-trial dates and deadlines in this action, as follows (or along comparable lines).

| *Case Management Event:* | *Prior-Operative Date-Deadline:* | *NEW Date-Deadline:* |
|---|---|---|
| Non-Expert Discovery Cut-Off (Non-Expert Discovery Completion Due) | March 18, 2022 | June 17, 2022 |
| Expert Disclosures and Reports – Service Due (Initial) | March 25, 2022 | June 24, 2022 |
| Rebuttal-Supplemental Expert Disclosures – Service Due | April 15, 2022 | July 15, 2022 |
| Expert Discovery Cut-Off (Expert Discovery Completion Due) | May 6, 2022 | August 5, 2022 |
| Dispositive Motion (MSJ) – Filing Deadline | June 17, 2022 | September 16, 2022 |
| Last Day to Conduct Settlement Conference | June 24, 2022 | September 23, 2022 |
| Deadline For Hearing Motions in Limine | July 8, 2022 | October 7, 2022 |
| Final Pre-Trial Conference | July 15, 2022 | October 14, 2022 |
| Trial | September 6, 2022 | December 6, 2022 |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1      14.    Except as specified herein above, all other dates and deadlines operative

2  as of the Court's scheduling Orders would remain <u>unchanged</u> and unaffected by the

3  parties' Stipulation or any associated Order made pursuant thereto: *only* the deadlines

4  and dates specified herein above shall be modified by this Stipulation and any

5  associated Order.

6      15.    This Stipulation may be signed in counterpart, and a facsimile or

7  electronic signature shall be as valid as an original signature.

8      **IT IS SO STIPULATED.**

9  DATED:  December ___, 2021      **THE LAW OFFICES OF HUMBERTO**
                                    **GUIZAR**
10

11                                  _____

12                                     Humberto M. Guizar
                                       Christian Contreras
13                                  Attorneys for Plaintiff,
                                    MARIA LOWRIE
14

15
    DATED:  December ___, 2021      **LEWIS BRISBOIS BISGAARD &**
16                                  **SMITH LLP**

17

18

19

20                                  _____

21                                     Tony M. Sain
                                       Tori L.N. Bakken
22                                  Attorneys for Defendants, COUNTY OF
                                    RIVERSIDE, SCOTTY SPYKSTRA,
23                                  PAUL FERRARI, JEFFERY HORNER,
                                    ROBERT MONTANEZ and TRAVIS
24                                  COSPER

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4858-1659-8535.2                    5
STIPULATION TO MODIFY CASE MANAGEMENT SCHEDULE