TONY M. SAIN, SB# 251626
  E-Mail: Tony.Sain@lewisbrisbois.com
TORI L. N. BAKKEN, SB# 329069
  E-Mail: Tori.Bakken@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendants COUNTY OF RIVERSIDE, SCOTTY SPYKSTRA, PAUL FERRARI, JEFFERY HORNER, ROBERT MONTANEZ and TRAVIS COSPER

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARIA LOWRIE, individually and as Successor in Interest to ERNIE SERRANO, ,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF RIVERSIDE, et al.,<br><br>Defendants. | Case No. 5:20-cv-02651-JWH-KK<br><br>**NOTICE OF JOINT LODGING OF PROPOSED PROTECTIVE ORDER PURSUANT TO COURT ORDER [DKT. 56]**<br><br>Date: February 11, 2022<br>Time: 9:00 a.m.<br>Crtrm.: 2<br><br>Trial Date: None Set |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to the Court's January 18, 2022 Order directing the parties to "jointly . . . lodge a proposed protective order, no later than January 28, 2022, at 12:00 noon, regarding any and all confidential information," the parties now jointly lodge the attached Stipulation for Entry of Protective Order Regarding Confidential Documents. [Dkt. 56.] This Stipulation is executed by the Parties' respective counsel.

4855-0846-9515.1

**NOTICE OF JOINT LODGING OF PROPOSED P.O.**

| | | |
|---|---|---|
| 1 | DATED: January 25, 2022 | LEWIS BRISBOIS BISGAARD & SMITH LLP |

By: _____
TONY M. SAIN
TORI L. N. BAKKEN
Attorneys for Defendants COUNTY OF RIVERSIDE, SCOTTY SPYKSTRA, PAUL FERRARI, JEFFERY HORNER, ROBERT MONTANEZ and TRAVIS COSPER

**CALIFORNIA STATE COURT PROOF OF SERVICE**
Maria Lowrie v. County of Riverside, et al.
USDC Case No. 5:20-cv-02651-JWH-KK // CM# 51446-5

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to this action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071.

On January 25, 2022, I served true copies of the following document(s): **NOTICE OF JOINT LODGING OF PROPOSED PROTECTIVE ORDER PURSUANT TO COURT ORDER [DKT. 56]**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

☒ (BY E-MAIL OR ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent from e-mail address Curfew.Wilson@lewisbrisbois.com to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 25, 2022, at Los Angeles, California.

Curfew F. Wilson

# SERVICE LIST
## Maria Lowrie v. County of Riverside, et al.
### USDC Case No. 5:20-cv-02651-JWH-KK // CM# 51446-5

| | |
|---|---|
| Humberto M. Guizar, Esq.<br>Christian Contreras, Esq.<br>LAW OFFICES OF HUMBERTO GUIZAR<br>Justice X Building<br>3500 West Beverly Blvd.<br>Montebello, California 90640<br>(323) 725-1151<br>hguizar@ghclegal.com<br>ccontreras@ghclegal.com<br>elopez@ghclegal.com | Attorneys for plaintiff MARIE LOWRIE, Individually, and as Successor in Interest to ERNIE SERRANO |
| Stephen A. King, Esq.<br>Kings Justice LLC<br>9401 Wilshire Blvd., Suite 608<br>Beverly Hills, California 90212<br>(323) 546-4529<br>sking@kingsjusticelaw.com | Attorneys for plaintiff MARIE LOWRIE, Individually, and as Successor in Interest to ERNIE SERRANO |