**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 20-02651-JWH (KKx) | Date | February 11, 2022 |
| Title | *Maria Lowrie v. Riverside County, et al.* | | |

Present: The Honorable JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Myra Ponce |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Christian M. Contreras | Tori Lyn Noelani Bakken |

**Proceedings:** **VIDEO HEARING RE: PLAINTIFF'S MOTION DISMISS CASE PURSUANT TO FRCP 41(a)(2) [ECF No. 52]**

    Counsel state their appearances. The Court confers with counsel and hears oral argument. For the reasons stated on the record, the Court **ORDERS** as follows:

    1.    Plaintiff's objection to the late filing by Defendants of their supplemental opposition is **OVERRULED**.

    2.    For the reasons stated on the record, Plaintiff's motion to dismiss [ECF No. 52] is **GRANTED**. The federal claims are **DISMISSED with prejudice**. The remaining claims are **DISMISSED without prejudice**.

    3.    The Clerk is **DIRECTED** to close this case.

    **IT IS SO ORDERED.**

Time: 00:30
Initials of Preparer: iv